B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Coleman Fire Proof Door Co.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3758908** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**28392 Ballard Dr.**<br>**Lake Forest, IL**<br><div align=right>ZIP Code **60045**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align=right>ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align=right>ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align=right>ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                                              Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Coleman Fire Proof Door Co.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)            (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(1/08)    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Coleman Fire Proof Door Co.**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ EUGENE CRANE**
Signature of Attorney for Debtor(s)

**EUGENE CRANE 0537039**
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
Firm Name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**

Address

**312-641-6777  Fax: 312-641-7114**
Telephone Number

**May 14, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Hoshang R. Karani**
Signature of Authorized Individual

**Hoshang R. Karani**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May 14, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Coleman Fire Proof Door Co.** _____ ,    Case No. _____

Debtor

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 11 | 3,719,970.39 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 4,304,650.74 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 7 | | 334,158.44 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 23 | | 2,914,386.72 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 46 | | | |
| Total Assets | | | 3,719,970.39 | | |
| Total Liabilities | | | | 7,553,195.90 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Coleman Fire Proof Door Co.**

Debtor                                                    ,

Case No. _____

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re    **Coleman Fire Proof Door Co.**                                          ,    Case No. _____
                                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
| --- | --- | --- | --- | --- |
| **None** | | | | |

| | | |
| --- | --- | --- |
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Coleman Fire Proof Door Co.**                                    ,    Case No. _____
                                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | - | 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account at American Charter Bank a/c #xxxx001** | - | 12,218.58 |
| | | **Escrow Account at American Charter Bank a/c #xxxx458** | - | 1,005.33 |
| | | **Payroll Account at American Charter Bank a/c # xxxx981** | - | 140.22 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **See Supplement Attached** | - | 5,500.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **18,914.13**
(Total of this page)

  __3__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re    **Coleman Fire Proof Door Co.**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **See Attached Supplement** | **-** | **0.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **See Attached Supplement** | **-** | **2,255,517.05** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **May have tax loss carry forward** | **-** | **Unknown** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claim against HBSSK Corporation.  Owner of Ballard Property (lessor) for loan.** | **-** | **2,268.74** |

Sub-Total >    **2,257,785.79**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Coleman Fire Proof Door Co.**                                    ,          Case No. _____
                                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Counter Claim in Case No. 08 CH 2591 Triumph Development Corp. v. Fiore Squarel, LLC, et al.** | - | **14,102.03** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Coleman Fire Proof Door may have value as colemandoor.com** | - | **Unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Debtor has a minority business enterprise certification.  State, City and County** | - | **0.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Customer list exists, but has no market value.** | - | **0.00** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Ford 500** | - | **5,817.00** |
| | | **1999 Ford Econoline Van** | - | **1,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **See Supplement - computer** | - | **40,308.21** |
| | | **See Supplement - office** | - | **88,771.23** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **See Supplement - shop equipment** | - | **8,811.82** |
| 30. Inventory. | | **Inventory - Raw Material** | - | **300,000.00** |
| | | **Intransit from vendor to customer** | - | **984,460.18** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >          **1,443,270.47**
(Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Coleman Fire Proof Door Co.**                                            ,            Case No. _____
                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **3,719,970.39** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

**Coleman Fire Proof Door Co.**

**Schedule B - Personal Property**
**Supplement**

9.      Interests in insurance policies

+Petitioner has a comprehensive insurance policy issued by Grange Mutual Casualty Company covering liability, business interruption, fire, theft policy #CPP2614020-00. Grange Mutual Casualty is located at PO Box 1218, Columbus, OH. Esser Hayes of the Insurance Group, 1811 High Grove, PO Box 2839, Naperville, Illinois is the planning agent.

Comerica is the additional loss payee petitioner.

Petitioner may have a refund due on workers compensation premiums estimated to be approximately $5,500.

## Coleman Fire Proof Door Co.

### Schedule B - Personal Property
### Supplement

12.    Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars.

Company has an employee owned 401k plan, John Hancock, Administrator, Karel-Gordon of Northbrook, Illinois is the third party administrator of the plan.
Plan No. 20-8493197 Fed. EIN #36-3758908.

John Hancock Retirement Plan Services is located at One Imperial Place, One East 22d St., Suite 120, Lombard, IL c/o Michael Bravo 800-333-0963842470

Karel-Gordon, Mara Gordon, is located at 707 Skokie Valley Blvd., Suite 200, Northbrook, Illinois. (847) 564-8655.  Petitioner has no monetary interest in the plan (valued at approximately $315,573.13), but is the administrator.


16.    Accounts Receivable.

Company has accounts receivable consisting of:

| | |
|---|---|
| Trade receivables | $1,387,138.08 |
| Retention (10% work in process) | 292.974.49 |
| Unposted April 2009 receivables | |
| 2nd party payments | 75,404.48 |
| Total | $2,255,517.05 |

# COLEMAN FIRE PROOF DOOR COMPANY
## F/E INVENTORY 2009

| OFFICE FURNITURE | | |
|---|---|---|
| **APPROXIMATE DATE** | **ITEM** | **AREA** |
| | 12 Office Wheeled Chairs | Throughout |
| | 6 Wheeled Drafting Chairs | Throughout |
| 11/10/06 | 12 Bd Chairs w/casters | Bd Room |
| | 16 Files Cabinets | Throughout |
| | 11 Files | Throughout |
| 12/13/06 | 1 Storage Cabinet | Storage |
| | 14 Bookshelves | Throughout |
| | 16 Cabinets (various sz) | Throughout |
| | 9 Worktable (various sz) | Throughout |
| | 8 Drafting Tables | 4Eng/4Proj Mgmt/1stored |
| | 7 Industrial Shelves | Engineering |
| 11/17/06 | 3 Large Ind. Shelves | Storage |
| 12/20/06 | 1 Steel Shelve | Storage Computer |
| | 12 Floor mats | Others in shop Storage |
| | 1 Board Table | Bd Room |
| | 1 Refrigerator | Bd Room |
| | 1 Toaster Oven | Bd Room |
| 12/11/06 | 2 Indus. Carpets | At Doorways |
| 12/04/06 | 1 Small Ind. Shelf | Storage |
| | | |
| 3 | Hinkley Springs | Need to return |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

4/18/2009

# COLEMAN FIRE PROOF DOOR COMPANY
## F/E INVENTORY 2009

### OFFICE EQUIPMENT

| PURCHASE DATE | ITEM | AREA | Model # | SERIAL NUMBER |
|---|---|---|---|---|
| | Dell Latitude D830 | Engineering | PPO4X | GGMZJD1 |
| | Dell Latitude D830 | Engineering (Main) | PPO4X | 1421878582 9 |
| | Dell Dimension 4500 | Keying | DHM | HSL0W11 |
| | Dell Dimension 4600 | Reception | DHM | 6FSFR41 |
| | UPS Thermal 2844 | Shop | UPSLP2844PSAT | 64A021201141 Need to return |
| 12/07 | Dell Computer | Shop Office | DCCY | 528G5RC1 |
| 12/07 | Dell Computer | Shop Office | DCCY | JW42XD1 |
| Leased 2/9/07 | Sharp Copier | Main Office | MX2300N | 65066914 Need to return |
| Leased 7/2008 | Muratec | Purchasing/Engineering | MFX-2850 | Need to return |
| Rented | Pitney Bowes | Main Office | Postage Machine | Need to return |
| Owned | Sharp Copier | Stored in Shop | AM237 | 35071658 |
| Owned | Sharp Copier | Estimators | AR507 | 2500463X |
| Owned | Canon Laser Fax 710 | Main Office | | KAG00017 |
| Owned | Canon FaxPhone | Estimators | L170 | H12425 |
| Owned | Brother Intelli Fax 575 | Storage Room | B015B-0409-00 | 460284L7J725262 |
| Owned | HP Design Jet 50042 | Main Office | Plotter | SGAH3203X |
| 11/9/2007 | Dell Computer | Purchasing | DCCY | 56T93C1 |
| 11/9/2007 | Dell Computer | Estimators | DCCY | C8T93C1 |
| 11/9/2007 | Dell Computer | Front Office | DCCY | 16T93C1 |
| 11/9/2007 | Dell Computer | Purchasing | DCCY | 88T93C1 |
| 11/9/2007 | Dell Computer | Estimators | DCCY | 78T93C1 |
| 11/9/2007 | Dell Computer | Office | DCCY | H6T93C1 |
| 11/9/2007 | Dell Computer | Estimators | DCCY | 18T93C1 |
| 11/9/2007 | Dell Computer | Office | DCCY | B7T93C1 |
| 11/9/2007 | Dell Computer | Main Office | DCCY | 96T93C1 |
| 12/7/2009 | Dell Computer | Purchasing | DCCY | B1G5RC1 |
| 11/9/2007 | Dell Server | Storage Room | | 39TM3C1 |
| 11/9/2007 | Server Parts | Storage Room | | 3DTYX61 |
| 11/9/2006 | Dell Accessories | | | N/A |
| 11/26/2006 | Computer Cable | | | N/A |
| 11/27/2006 | HP Color Printers | Front Office | 2600N Laser Jet | CNGC63XORQ |
| 11/27/2006 | HP Color Printers | Front Office | 2600N Laser Jet | CNGC6BB160 |
| 11/27/2006 | HP Color Printers | Office | 2600N Laser Jet | CNGC64924X |
| 12/6/2006 | HP Color Printers | Shop Office | 2600N Laser Jet | CNGC6BB15S |
| | Lexmark | Shop Hardware | Z45 | |

4/18/2009

# COLEMAN FIRE PROOF DOOR COMPANY
## F/E INVENTORY 2009

| | | Shop Keying | Z705 | |
|---|---|---|---|---|
| | Lexmark | Estimators | Q7545A | CNBXB13929 |
| | HP Laser Jet 5200 | Extra Storage | C411OA | USB3049883 |
| | HP Laser Jet 5000 | 1 Main office/1 Storage | N/A | |
| | Nakajima Typewriters | Phones and New | System | Value $17,569.32 |
| 8/1/2008 | New AT&T Global | Storage Room | In Blue Container | |
| | Old Phone system | | | |
| | | SOFTWARE | | |
| 11/8-9/06 | CDW WINDOWS/ETC | ALL | Storage Room | |
| 11/20-11/23 2006 | CDW WINDOWS/ETC | ALL | Storage Room | |
| 11/15/2006 | Intuit Software | 10/20 users | Storage Room | |
| 12/12/2006 | Acrobat V8.0 Pro4 Wind. | | Storage Room | |
| 1/7/2007 | Comp USA Virus Softwr. | | Storage Room | |
| 1/10/2007 | Dell | | Storage Room | |
| Monthly | EDS-Protech | 11 users | Assa owned | |
| | | | | |
| | | | | |

# COLEMAN FIRE PROOF DOOR COMPANY F/E INVENTORY 2009

## SHOP FURNITURE

| PURCHASE DATE | ITEM | AREA | SERIAL NUMBER |
|---|---|---|---|
| 12/19/06 | 2 Sets of Lockers | Bathroom | PP52023 |
| 12/19/06 | 1 Bench | Bathroom | DD5810 |
| | 7 Chairs | Shop | |
| | 8 desks | Shop | |
| | 6 File Cabinets | Shop | |
| | 6 Bookshelves | Shop | |
| | 6 Cabinets | Shop | |
| | 15 Worktables | Shop | |
| | 1 Drafting Table | Shop | |
| | 11 Industrial Shelves | Shop | |
| | 8 Other Shelves | Shop | |
| | 2 Sets of Old Lockers | Shop | |
| 01/24/07 | 2 Sets Plastic Curtains | Shop | |
| 12/29 & 1/22 | 4 Welding Screens | Shop | |
| | Lunch Room Table | Shop | |
| | 2 Wall Cabinets | Shop | |
| | 1 Steel Cabinet | Shop | |
| | 1 Work Table | Shop | |
| 11/10/07 | 2 Carpets | Shop | |
| | 1 Refrigerator | Shop | |
| | 2 Toaster Ovens | Shop | |
| | 2 Microwaves | Shop | |
| 11/19/06 | 14 Chairs | Lunch Room | |
| | 3 Large Ladders | Shop | |
| | 2 Plastic Pushcarts | Shop | |
| 12/19/06 | Key Cabinets | Shop | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Schedule B 7t ²⁹ Machinery, fixtures, equipment, supplies used in business

# COLEMAN FIRE PROOF DOOR COMPANY

## F/E INVENTORY 2009

| SHOP EQUIPMENT | | | | |
|---|---|---|---|---|
| Approximate Date | Item | Model Number | Serial Number | Disposition |
| 2005 | 20 ton hydraulic drill press | 6W281B | 145900 | |
| 1997 | 10' Niagra Power Shearer | 510B | 57274 | |
| 2001 | Notch die | | - | |
| 2002 | Table Circular Saw | Dewalt-113.23111 | 80-250 | |
| 1993 | Craftman wood saw | | 9-29517 | |
| 2003 | ProTech Chop Saw | CS7014 | 0002P1759 | |
| 2003 | Rayobi myter saw | TS1301 | UO113414099 | |
| 1996 | Radial Arm Saw | Ellis 3000 | 30957156 | |
| 1998 | Band Saw | DoAll 2013V | 500-971806 | |
| 1991-1992 | Angular Cut Band Saw | Delta 33-062 | 91C13673 | |
| 1991-1992 | Radial Arm Saw | Delta 33-421 | 94A32706 | |
| 1996 | Steel air plasma | | COD-60131 | |
| 1994 | Bt Pallet truck | | 1940-000-1584-500 | |
| 1994 | Bt Pallet truck | | 1940-000-2039--999 | |
| 1995 | Dayton 20"speed drill | 6W281B | 95.11 | |
| 1996 | Dayton air compressor | 4FG51A | 42-24-95-03892 | |
| 2004 | Speedaire 20gal/175lb air cmpsr | 1WC94-1 | | |
| 1994 | Mig Welder | Hobart Beta Mig 250 | 194WS05190 | |
| 1993 | Mig Welder | Hobart Beta Mig 250 | 92WS17458 | |
| 1997 | Mig Welder | Millermatic 250 | LB179627 | |
| 1993 | Arc Welder | Thunderbolt 225 | 200/2307/460 | |
| 1993 | Arc Welder | Millermatic 225 | KB079419 | |
| 1996 | Pedestal Grinder | Ellis 6000 | C6C34FB5F | |
| 2000 | Toro snow blower | 31AE6A4E129 | 1I110B0108 | |
| 2007 | Nissan  Rebuilt Fork Lift-ES | CWP02L25S | FA050972 | |
| | Fork lift charger | Hobart 723C3-24 | 284CS08076 | |
| 2007 | Built to Order Air Cleaner | ACE | 742800114 | |
| | Circular Saw | Smith shop | 3 in One | |
| | Miscellaneous Drills | 13 | | |
| | Cordless Drills | 3 | | |
| | Small Grinders | 6 | | |
| | Sanders | 4 | | |
| | Jig Saws | 6 | | |
| | Shop Fans | 8 | | |
| | Shop Vacuum | 1 | | |
| | American Gases Cylinders | All to be Returned | | |
| | 10' Cincinnati Mechanical Press | Not functioning | | Donated |
| | 50 Ton Press | Not functioning | | Donated |
| | Manual Fork Lift | Not functioning | | Donated |

4/18/2009

B6D (Official Form 6D) (12/07)

In re    **Coleman Fire Proof Door Co.**                                         ,          Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. **xxxx0701**<br><br>**American Chartered Bank**<br>**459 S. Rand Rd.**<br>**Lake Zurich, IL 60047** | | | | **December 27, 2006**<br><br>**Line of credit**<br><br>**Secured by assets of the Debtor** | | | | | |
| | | | | Value $          **990,000.00** | | | | **990,000.00** | **0.00** |
| Account No. **xxxxx8201**<br><br>**American Chartered Bank**<br>**459 S. Rand Rd.**<br>**Lake Zurich, IL 60047** | | - | | **Lien on assets of debtor and HBSSK Properties LLC as security for loans.** | | | X | | |
| | | | | Value $       **1,561,022.00** | | | | **1,226,861.59** | **0.00** |
| Account No. **xxxxx-0000**<br><br>**Chizuco Coleman**<br>**N 9110 11th Drive**<br>**Westfield, WI 53964** | | - | | **9-27-06**<br><br>**May have claim from former business owner** | | | X | | |
| | | | | Value $          **0.00** | | | | **731,255.60** | **731,255.60** |
| Account No. **xx-xxxx455-6**<br><br>**Comerica Bank**<br>**PO Box 650282MC6512**<br>**Dallas, TX 75265-0282** | | - | | **Lien on assets of debtor as security for loans 2/006.  May be cross-collateralized with assets of Coleman. SBA guaranty.** | | | | | |
| | | | | Value $       **1,350,716.34** | | | | **1,350,716.34** | **0.00** |

   __1__   continuation sheets attached

Subtotal

(Total of this page)

**4,298,833.53**         **731,255.60**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Coleman Fire Proof Door Co.** _____ ,   Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W / J C | | | | | | |
| Account No. | | | Lien on 2005 Ford 500 as security for loan | | | | | |
| **Ford Motor Credit**<br>**PO Box 790093**<br>**Saint Louis, MO 63179-0093** | - | | | | | | | |
| | | | Value $          **0.00** | | | | **5,817.21** | **5,817.21** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | 5,817.21 | 5,817.21 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 4,304,650.74 | 737,072.81 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re    **Coleman Fire Proof Door Co.**
                                                                                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**6**    continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re  **Coleman Fire Proof Door Co.**                                          ,      Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **xxx-xx-8844** | | | | Salary and vacation | | | | | |
| George Aguirre 3240 W. 65th Place Chicago, IL 60629 | | - | | | | | | | 0.00 |
| | | | | | | | | 3,505.82 | 3,505.82 |
| Account No. **xxx-xx-8027** | | | | Salary and vacation | | | | | |
| Juan Gonzalez 3849 N. Sawyer Chicago, IL 60625 | | - | | | | | | | 0.00 |
| | | | | | | | | 3,227.64 | 3,227.64 |
| Account No. **xxx-xx-0273** | | | | Salary | | | | | |
| Judd Greenstein 2645 Park Lane Glenview, IL 60025 | | - | | | | | | | 0.00 |
| | | | | | | | | 1,696.00 | 1,696.00 |
| Account No. **xxx-xx-7524** | | | | Salary and vacation | | | | | |
| Bonnie H. Karani 761 Buena Road Lake Forest, IL 60045 | | - | | | | | | | 600.00 |
| | | | | | | | | 11,550.00 | 10,950.00 |
| Account No. **xxx-xx-6190** | | | | Salary and vacation | | | | | |
| Hoshang R. Karani 761 Buena Rd. Lake Forest, IL 60045 | | - | | | | | | | 600.00 |
| | | | | | | | | 11,550.00 | 10,950.00 |

Sheet  **1**   of  **6**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 1,200.00
(Total of this page) | 31,529.46 | 30,329.46

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Coleman Fire Proof Door Co.**                              ,   Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **xxx-xx-1999** | | | | Salary and vacation | | | | | |
| Christopher Little 876 Red Hawk Drive Antioch, IL 60002 | - | | | | | | | | 0.00 |
| | | | | | | | | 6,538.25 | 6,538.25 |
| Account No. **xxx-xx-6386** | | | | Salary and vacation | | | | | |
| Nick Llanas 7520 24th Avene Kenosha, WI 53143 | - | | | | | | | | 0.00 |
| | | | | | | | | 4,293.96 | 4,293.96 |
| Account No. **xxx-xx-4237** | | | | Salary and vacation | | | | | |
| Jose Navarro 3139 N. Kilpatrick Chicago, IL 60641 | - | | | | | | | | 0.00 |
| | | | | | | | | 4,870.08 | 4,870.08 |
| Account No. **xxx-xx-6524** | | | | Salary and vacation | | | | | |
| John O'Neill 2485 Old Pond Road Round Lake, IL 60073 | - | | | | | | | | 0.00 |
| | | | | | | | | 5,818.50 | 5,818.50 |
| Account No. **xxx-xx-6797** | | | | Salary and vacation | | | | | |
| Juan Ornelas 37270 N. Capillo Avenue Lake Villa, IL 60046 | - | | | | | | | | 0.00 |
| | | | | | | | | 5,384.68 | 5,384.68 |

Sheet __2__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| 0.00 |
| 26,905.47 | 26,905.47 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Coleman Fire Proof Door Co.**                                    ,          Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-2683**<br><br>**Jesus Ortiz**<br>**4954 N. Seeley**<br>**Chicago, IL 60625** | - | | **Salary and vacation** | | | | | 0.00 |
| | | | | | | | 5,375.04 | 5,375.04 |
| Account No. **xxx-xx-1092**<br><br>**Joseph Parrilli**<br>**38669 N. Hilltop**<br>**Antioch, IL 60002** | - | | **Salary and vacation** | | | | | 0.00 |
| | | | | | | | 4,762.48 | 4,762.48 |
| Account No. **xxx-xx-9647**<br><br>**John Perez**<br>**4317 32nd Avenue**<br>**Kenosha, WI 53144** | - | | **Salary and vacation** | | | | | 0.00 |
| | | | | | | | 4,407.50 | 4,407.50 |
| Account No. **xxx-xx-5498**<br><br>**Melissa Perez**<br>**620 Key Largo Drive**<br>**Fox Lake, IL 60020** | - | | **Salary and vacation** | | | | | 0.00 |
| | | | | | | | 3,052.80 | 3,052.80 |
| Account No. **xxx-xx-9499**<br><br>**Ryan Pfeiffer**<br>**31 Washington Blvd., Unit 208**<br>**Mundelein, IL 60060** | - | | **Salary and vacation** | | | | | 0.00 |
| | | | | | | | 5,071.95 | 5,071.95 |

Sheet __3__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 22,669.77 | 22,669.77 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Coleman Fire Proof Door Co.**                                    ,   Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **xxx-xx-9024** | | | | Salary | | | | | |
| Pamela S. Schroeder 2415 Oakdale Terrace Cary, IL 60013 | | - | | | | | | | 0.00 |
| | | | | | | | | 966.00 | 966.00 |
| Account No. **xxx-xx-2804** | | | | Salary | | | | | |
| Scot Witt 7945 Dunhill Drive Village of Lakewood, IL 60014 | | - | | | | | | | 0.00 |
| | | | | | | | | 2,310.00 | 2,310.00 |
| Account No. **xxx-xx-8529** | | | | Salary and vacation | | | | | |
| David Yankee 22254 86th Street Salem, WI 53168 | | - | | | | | | | 0.00 |
| | | | | | | | | 6,585.30 | 6,585.30 |
| Account No. **xxx-xx-8066** | | | | Salary and vacation | | | | | |
| Alice Youman 2494 N. Old Pond Rd. Round Lake, IL 60073 | | - | | | | | | | 0.00 |
| | | | | | | | | 6,106.80 | 6,106.80 |
| Account No. **xxx-xx-9909** | | | | Salary and vacation | | | | | |
| Carlos Zepeda 624 Sherman Ave. Elgin, IL 60120 | | - | | | | | | | 0.00 |
| | | | | | | | | 2,968.00 | 2,968.00 |

Sheet __4__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 18,936.10 | 18,936.10

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Coleman Fire Proof Door Co.** ,                    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-3376** | | | **Salary and vacation** | | | | | |
| **Vincent Zepeda** **609 Heather Terrace** **Round Lake, IL 60073** | - | | | | | | 3,808.00 | 0.00 / 3,808.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __5__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

3,808.00      3,808.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re     **Coleman Fire Proof Door Co.**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Illinois Dept of Revenue<br>Retailer's Occupation Tax<br>Springfield, IL 62796-0001** | - | | Sales tax on booked sales/AR not collections. Restated 12/08, 2/09, 3/09 paid.  Penalties and interest unknown | | | | **50,000.00** | **50,000.00**<br><br>**0.00** |
| Account No.<br><br>**Lake County Collector<br>18 N. Country St., #102<br>Waukegan, IL 60085** | - | | Real Estate Taxes - 1/2 May and 1/2 September | | | | **14,725.64** | **0.00**<br><br>**14,725.64** |
| Account No.<br><br>**TE/GE Group 7637RB "MC4915CH1"<br>Attn: Robert Blackmon, Jr.<br>120 S. Dearborn St.<br>Chicago, IL 60604-1504** | - | | IRS Benefit Division<br>Claim Under ERISA for former owner (not Spenta) | | | X | **155,084.00** | **0.00**<br><br>**155,084.00** |
| Account No.<br><br>**U.S. Treasury Internal Rev. Service<br>TE/GE Group 7637 RBMC4915CHI<br>230 S. Dearborn<br>Chicago, IL 60604-1504** | - | | ERISA violation amount for former owner (not Spenta) - Claim is disputed. | | | X | **10,500.00** | **0.00**<br><br>**10,500.00** |
| Account No.<br><br> | | | | | | | | |

Sheet __6__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Total of this page) | **50,000.00** |
|---|---|---|
| | | **230,309.64** | **180,309.64** |
| | Total | **51,200.00** |
| | (Report on Summary of Schedules) | **334,158.44** | **282,958.44** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Coleman Fire Proof Door Co.**                                        ,   Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. <br><br>**AAssa - Corbin Russwin** <br>**c/o ASSA Abloy-Attn: Dave Ambrosini** <br>**110 Sargent Dr.** <br>**New Haven, CT 06511** | | - | | | | | | | **62,151.05** |
| Account No. <br><br>**AAssa - Curries Company** <br>**c/o ASSA Abloy-Attn: Dave Ambrosini** <br>**110 Sargent Dr.** <br>**New Haven, CT 06511** | | - | | | | | | | **447,643.57** |
| Account No. <br><br>**AAssa - Graham Manufacturing Co.** <br>**c/o ASSA Abloy-Attn: Dave Ambrosini** <br>**110 Sargent Dr.** <br>**New Haven, CT 06511** | | - | | | | | | | **161,054.53** |
| Account No. <br><br>**AAssa - McKinney** <br>**c/o ASSA Abloy-Attn: Dave Ambrosini** <br>**110 Sargent Dr.** <br>**New Haven, CT 06511** | | - | | | | | | | **42,736.85** |

__22__   continuation sheets attached

Subtotal <br>(Total of this page)   **713,586.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        S/N:21307-090310   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Coleman Fire Proof Door Co.**                                    , Case No. _____

                                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **AAssa - Norton Security** **c/o ASSA Abloy-Attn: Dave Ambrosini** **110 Sargent Dr.** **New Haven, CT 06511** | - | | | | | | **65,995.25** |
| Account No. | | | | | | | |
| **AAssa - Rixon Security Inc.** **c/o ASSA Abloy-Attn: Dave Ambrosini** **110 Sargent Dr.** **New Haven, CT 06511** | - | | | | | | **10,151.21** |
| Account No. | | | | | | | |
| **AAssa - Safgent Manufacturing Co.** **c/o ASSA Abloy-Attn: Dave Ambrosini** **110 Sargent Dr.** **New Haven, CT 06511** | - | | | | | | **135,788.00** |
| Account No. | | | | | | | |
| **Accurate Lock & Hardware** **1 Annie Place** **Stamford, CT 06902** | - | | | | | | **1,602.53** |
| Account No. | | | | | | | |
| **Accurate Radiation Sheilding** **2-6 C;eve;amd St.** **Cary, IL 60013** | - | | | | | | **7,860.00** |

Sheet no. __1__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**221,396.99**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Coleman Fire Proof Door Co.** _____,     Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Adams Rite Mfg. Co.** **260 Santa Fe St.** **Pomona, CA 91767** | - | | | | | | **9,913.10** |
| Account No. | | | | | | | |
| **Advanced Information Consulting** **210 Lincoln St.** **Glenview, IL 60025** | - | | | | | | **1,035.00** |
| Account No. | | | | | | | |
| **Airgas Safety** **1212 Belvidere St.** **Waukegan, IL 60085** | - | | | | | | **49.11** |
| Account No. | | | | | | | |
| **Akron Hardware Consultants, Inc.** **1100 Killian Rd.** **Akron, OH 44312** | - | | | | | | **13,548.13** |
| Account No. | | | | | | | |
| **Alarm Lock Systems** **345 Bayview Ave.** **Amityville, NY 11701** | - | | | | | | **3,475.03** |

Sheet no. __**2**___ of __**22**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**28,020.37**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Coleman Fire Proof Door Co.** _____,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx-xxxxxx-x1009**<br><br>**American Express Business Platinum**<br>**Box 0001**<br>**Los Angeles, CA 90096-0001** | | - | | | | | | | **19,281.14** |
| Account No. **xxxx-xxxxxx-x1007**<br><br>**American ExpressPlatinum**<br>**Box 0001**<br>**Los Angeles, CA 90096-0001** | | - | | | | | | | **72,114.97** |
| Account No.<br><br>**American Gases Corp.**<br>**3949 Grove Ave.**<br>**Gurnee, IL 60031** | | - | | | | | | | **379.19** |
| Account No.<br><br>**American Millwork Hardware Inc.**<br>**4505 W. Woolworth Ave.**<br>**Milwaukee, WI 53218** | | - | | | | | | | **16,849.59** |
| Account No.<br><br>**Anemostat**<br>**1220 Walson Center Rd.**<br>**Carson, CA 90745** | | - | | | | | | | **667.60** |

Sheet no. __3___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **109,292.49**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Coleman Fire Proof Door Co.**                                    ,      Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Architectural Builders Hardware Mfg**<br>**1222 Andmore Ave.**<br>**Itasca, IL 60143** | - | | | | | | **2,691.63** |
| Account No. | | | | | | | |
| **Architectural Control Systems**<br>**10666 Gateway Blvd.**<br>**Saint Louis, MO 63132** | - | | | | | | **136.01** |
| Account No. | | | | | | | |
| **AT&T**<br>**PO Box 8100**<br>**Aurora, IL 60507-8100** | - | | | | | | **2,499.13** |
| Account No. | | | | | | | |
| **Automatic Data Processing**<br>**100 Northwest Point Blvd.**<br>**Elk Grove Village, IL 60007** | - | | | | | | **827.30** |
| Account No. | | | | | | | |
| **Baldwin Hardware Corp.**<br>**13212 Collections Center Dr.**<br>**Chicago, IL 60693** | - | | | | | | **131.00** |

Sheet no. __4___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **6,285.07**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Coleman Fire Proof Door Co.**                              ,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Blue Cross Blue Shield** **300 E. Randolph** **Chicago, IL 60601** | - | | | | | | 7,260.76 |
| Account No. | | | | | | | |
| **Bommer Industries** **PO Box 187** **Landrum, SC 29356** | - | | | | | | 1,148.44 |
| Account No. | | | | | | | |
| **Boyle & Chase, Inc.** **72 Chase St.** **Hingham, MA 02043** | - | | | | | | 30,023.87 |
| Account No. | | | | | | | |
| **Bradley Road Industrial** **600 E. 96th St., #100** **Indianapolis, IN 46240** | - | | | | | | 151.27 |
| Account No. | | | | | | | |
| **Brown, Kaplan & Liss LLP** **500 Davis St., #502** **Evanston, IL 60201** | - | | | | | | 27,000.00 |

Sheet no. __5__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

65,584.34

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Coleman Fire Proof Door Co.**                                          ,          Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Ceco Door c/o ASSA Abloy-Attn: Dave Ambrosini 110 Sargent Dr. New Haven, CT 06511 | - | | | | | | | | 2,174.24 |
| Account No. | | | | | | | | | |
| Century Door & Lock Co., Ltd. 1301 Landmeier Rd. Elk Grove Village, IL 60007 | - | | | | | | | | 4,816.95 |
| Account No. xxxx-xxxx-xxxx-9389 | | | | | | | | | |
| Chase Visa O Box 15153 Wilmington, DE 19886-5153 | - | | | | | | | | 14,969.82 |
| Account No. xxxx-xxxx-xxxx-6635 | | | | | | | | | |
| Chase Visa PO Box 15153 Wilmington, DE 19886-5753 | - | | | | | | | | 25,916.34 |
| Account No. xxxx-xxxx-xxxx-3300 | | | | | | | | | |
| Cita AAdvantage World MasterCard Citi Cards PO Box 688909 Des Moines, IA 50368-8909 | - | | | | | | | | 51,788.45 |

Sheet no.  __6__  of  __22__  sheets attached to Schedule of                                    Subtotal                       
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)           99,665.80

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Coleman Fire Proof Door Co.**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx-xxxx-xxxx-9359** | | | | | | | | |
| **Cita AAdvantage World MasterCard Citi Cards PO Box 688909 Des Moines, IA 50368-8909** | - | | | | | | | 42,751.15 |
| Account No. | | | | | | | | |
| **Clark Security Products 10390 Shady Trail, #104 Dallas, TX 75220** | - | | | | | | | 3,860.58 |
| Account No. **xxxx-xxxx-xxxx-2781** | | | | | | | | |
| **Comerica Mastercard PO Box 790308 Saint Louis, MO 63179-0408** | - | | | | | | | 23,000.00 |
| Account No. | | | | | | | | |
| **Commonwealth Edison Bill Payment Center 230 S. Dearborn St. Chicago, IL 60604** | - | | | | | | | 967.32 |
| Account No. | | | | | | | | |
| **Corbin Russwin c/o ASSA Abloy-Attn: Dave Ambrosini 110 Sargent Dr. New Haven, CT 06511** | - | | | | | | | 49,529.86 |

Sheet no.  _7_  of  _22_  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**120,108.91**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Coleman Fire Proof Door Co.** _____,   Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Curries Company** c/o ASSA Abloy-Attn: Dave Ambrosini 110 Sargent Dr. New Haven, CT 06511 | - | | | | | | 453,502.64 |
| Account No. **Curries Sherman** c/o ASSA Abloy-Attn: Dave Ambrosini 110 Sargent Dr. New Haven, CT 06511 | - | | | | | | 4,799.74 |
| Account No. **Don-Jo Mfg.** PO Box Sterling, MA 01564-0929 | - | | | | | | 2,423.07 |
| Account No. **Door Concepts of IL** 14335 S. VanDyke Rd., #101 Plainfield, IL 60544 | - | | | | | | 12,388.95 |
| Account No. **Dugmore & Duncan Inc.** 30 Pond Park Rd. Hingham, MA 02043 | - | | | | | | 5,976.42 |

Sheet no. __**8**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **479,090.82**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Coleman Fire Proof Door Co.**                                         ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Dunbarton Corporation**<br>**PO Box 8577**<br>**Dothan, AL 36304** | - | | | | | | 1,441.23 |
| Account No.<br><br>**Eggers Industries**<br>**One Eggers Dr.**<br>**Two Rivers, WI 54241** | - | | | | | | 93,812.10 |
| Account No.<br><br>**Elizer & Meyerson, LLC**<br>**900 Skokie Blvd., #100**<br>**Northbrook, IL 60062** | - | | | | | | 5,072.94 |
| Account No.<br><br>**Fastenal Ind. and Const. Supplies**<br>**PO Box 978**<br>**Winona, MN 55987-0978** | - | | | | | | 125.55 |
| Account No.<br><br>**Fastrack Hardware Inc.**<br>**W165 N. 5690 Continental**<br>**Menomonee Falls, WI 53051** | - | | | | | | 288.32 |

| | | |
|---|---|---|
| Sheet no. __9__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 100,740.14 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Coleman Fire Proof Door Co.**                                      ,      Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Forms & Surfaces 30 Pine St. Pittsburgh, PA 15223** | - | | | | | | 15,227.17 |
| Account No. **Fort Dearborn Life Insurance Co 36788 Eagle Way Chicago, IL 60678** | - | | | | | | 139.87 |
| Account No. **Fox Valley Fire & Safety Co. 2730 Pinnacle Dr. Elgin, IL 60124** | - | | | | | | 255.51 |
| Account No. **Frameworks Mfg. Inc. 3801 Yale St. Houston, TX 77018** | - | | | | | | 28,775.50 |
| Account No. **Frascio International, LLC 8904 Bash St., Suite "J" Indianapolis, IN 46256** | - | | | | | | 18,607.60 |

Sheet no. __**10**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      | 63,005.65

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Coleman Fire Proof Door Co.** _____ ,    Case No. _____

                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **gNeil**<br>**PO Box 451179**<br>**Fort Lauderdale, FL 33345-1179** | - | | | | | | 64.49 |
| Account No. | | | | | | | |
| **Graham Mfg**<br>**c/o Assa Abloy**<br>**110 Sargent Drive**<br>**New Haven, CT 06511** | - | | | | | | 53,646.12 |
| Account No. | | | | | | | |
| **Grange Insurance**<br>**PO Box 740604**<br>**Cincinnati, OH 45274** | - | | | | | | 6,382.01 |
| Account No. | | | | | | | |
| **Hafele America Co.**<br>**3901 Cheyenne Dr.**<br>**Archdale, NC 27263-4000** | - | | | | | | 2,050.95 |
| Account No. | | | | | | | |
| **Hager Companies**<br>**139 Victor St.**<br>**Saint Louis, MO 63104-4736** | - | | | | | | 12,876.14 |

Sheet no. __11__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                Subtotal
       (Total of this page)    **75,019.71**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Coleman Fire Proof Door Co.**                                    ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Hanchett Entry Systems Inc.** **22630 N. 17th Ave.** **Phoenix, AZ 85027** | - | | | | | | | 8,454.21 |
| Account No. | | | | | | | | |
| **Hinckley Springs** **PO Box 660579** **Dallas, TX 75266-0579** | - | | | | | | | 55.56 |
| Account No. | | | | **Loans for business payroll and product** | | | | |
| **Hoshang  and Bonnie Karani** **761 Buena Rd.** **Lake Forest, IL 60045** | - | | | | | | | 167,760.25 |
| Account No. | | | | **March 14 - April 3, 2009** **Officer Salary** | | | | |
| **Hoshang  and Bonnie Karani** **761 Buena Rd.** **Lake Forest, IL 60045** | - | | | | | | | 13,860.00 |
| Account No. | | | | **P. R. taxes** | | | | |
| **Hoshang  and Bonnie Karani** **761 Buena Rd.** **Lake Forest, IL 60045** | - | | | | | | | 1,524.60 |

Sheet no. __**12**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**191,654.62**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Coleman Fire Proof Door Co.**                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Officer Vacation earned 2008 - 2009 | | | | |
| Hoshang  and Bonnie Karani<br>761 Buena Rd.<br>Lake Forest, IL 60045 | - | | | | | | | |
| | | | | | | | | 9,280.00 |
| Account No. | | | | P. R. Taxes | | | | |
| Hoshang  and Bonnie Karani<br>761 Buena Rd.<br>Lake Forest, IL 60045 | - | | | | | | | |
| | | | | | | | | 1,020.80 |
| Account No. | | | | | | | | |
| Key Equipment Finance<br>11030 Circle Point Rd., 2nd<br>Broomfield, CO 80020 | - | | | | | | | |
| | | | | | | | | 463.54 |
| Account No. | | | | | | | | |
| Komar<br>4625 2nd Ave.<br>Schiller Park, IL 60176 | - | | | | | | | |
| | | | | | | | | 841.93 |
| Account No. | | | | | | | | |
| Lund Equipment Co.<br>PO Box 213<br>Bath, OH 44210 | - | | | | | | | |
| | | | | | | | | 389.01 |

Sheet no. __**13**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,995.28

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Coleman Fire Proof Door Co.**                                      ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**McKinney Products Co.**<br>**c/o ASSA Abloy-Attn: Dave Ambrosini**<br>**110 Sargent Dr.**<br>**New Haven, CT 06511** | - | | | | | | 37,902.52 |
| Account No.<br><br>**Met Life**<br>**PO Box 804466**<br>**Kansas City, MO 64180-4466** | - | | | | | | 672.48 |
| Account No.<br><br>**Midwest Wholesale Hardware**<br>**1000 N. Century Ave.**<br>**Kansas City, MO 64120** | - | | | | | | 5,041.50 |
| Account No.<br><br>**Much Shelist**<br>**35335 Eagle Way**<br>**Chicago, IL 60678** | - | | | | | | 20,700.00 |
| Account No.<br><br>**National Guard Products, Inc.**<br>**4985 E. Raines Rd.**<br>**Memphis, TN 38175** | - | | | | | | 7,148.14 |

Sheet no. __14__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

71,464.64

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Coleman Fire Proof Door Co.**                                          ,     Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **North Shore Sanitary District<br>PO Box 2140<br>Bedford Park, IL 60499-2140** | - | | | | | | | | 8.55 |
| Account No. | | | | | | | | | |
| **NorthShore Business Technology<br>9114 58th Place<br>Kenosha, WI 53144** | - | | | | | | | | 127.00 |
| Account No. | | | | | | | | | |
| **Norton<br>c/o Assa Abloy<br>110 Sargent Dr.<br>New Haven, CT 06511** | - | | | | | | | | 78,221.27 |
| Account No. | | | | | | | | | |
| **OP Office Plus<br>1428 Glen Flora<br>Waukegan, IL 60085** | - | | | | | | | | 257.77 |
| Account No. | | | | | | | | | |
| **PEMKO<br>PO Box 31001-1250<br>Pasadena, CA 91110-1250** | - | | | | | | | | 10,543.74 |

Sheet no. __15__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**89,158.33**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Coleman Fire Proof Door Co.** _____,   Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Poncraft Door Co. 2005 Pontiac Rd. Auburn Hills, MI 48328 | | - | | | | | 61,199.00 |
| Account No. | | | | | | | |
| Quill Corporation PO Box 37600 Philadelphia, PA 19101-0600 | | - | | | | | 770.34 |
| Account No. | | | | | | | |
| Ralph C. Hardesty 55 W. Monroe, #3720 Chicago, IL 60603 | | - | | | | | 1,991.08 |
| Account No. | | | | | | | |
| Reese Enterprises, Inc. 16350 Asher Ave. Rosemount, MN 55068 | | - | | | | | 457.23 |
| Account No. | | | | | | | |
| Rixson c/o ASSA Abloy-Attn: Dave Ambrosini 110 Sargent Dr. New Haven, CT 06511 | | - | | | | | 19,197.55 |

Sheet no. __16__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

83,615.20

B6F (Official Form 6F) (12/07) - Cont.

In re   **Coleman Fire Proof Door Co.**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Rockwood** <br> **PO Box 644489** <br> **Pittsburgh, PA 15264-4489** | - | | | | | | 22,178.75 |
| Account No. <br><br> **Ryder Transportation Service** <br> **PO Box 96723** <br> **Chicago, IL 60693** | - | | | | | | 3,358.08 |
| Account No. <br><br> **Safgent Manufacturing Co.** <br> **c/o ASSA Abloy-Attn: Dave Ambrosini** <br> **110 Sargent Dr.** <br> **New Haven, CT 06511** | - | | | | | | 184,731.03 |
| Account No. <br><br> **Saflok** <br> **8100 Chancellor Dr.** <br> **Orlando, FL 32809** | - | | | | | | 23,774.00 |
| Account No. **xxxx-xxxx-xxxx-0800** <br><br> **Sears Premier Gold MasterCard** <br> **Sears Credit Cards** <br> **PO Box 183082** <br> **Columbus, OH 43218-3082** | - | | | | | | 858.47 |

Sheet no. __17__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

234,900.33

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Coleman Fire Proof Door Co.**                                                  ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Security Door Controls**<br>**3580 Willow Lane**<br>**Westlake Village, CA 91361-4921** | - | | | | | | | | 858.44 |
| Account No. | | | | | | | | | |
| **Security Lock Distributors**<br>**PO Box 95**<br>**Westwood, MA 02090** | - | | | | | | | | 8,792.29 |
| Account No. | | | | | | | | | |
| **Security Metal Products**<br>**5700 Hannum Ave.**<br>**Culver City, CA 90230** | - | | | | | | | | 13,360.00 |
| Account No. | | | | | | | | | |
| **Stanley Hardware**<br>**Dept. AT 40124**<br>**Atlanta, GA 31192-0124** | - | | | | | | | | 5,554.73 |
| Account No. | | | | | | | | | |
| **Stanley Security Solutions**<br>**Dept. CH 14210**<br>**Palatine, IL 60055-4210** | - | | | | | | | | 2,234.58 |

Sheet no. __18__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          30,800.04

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Coleman Fire Proof Door Co.**                                          ,    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Stark Printing Company** **37 Sherwood Terr.** **Lake Bluff, IL 60044** | - | | | | | | | 561.47 |
| Account No. | | | | | | | | |
| **Stock Building Supply** **1357 Collection Ctr.** **Chicago, IL 60693-0132** | - | | | | | | | 1,302.00 |
| Account No. | | | | | | | | |
| **TEE Jay Service Co. Inc.** **951 N. Raddant Rd.** **Batavia, IL 60510-0369** | - | | | | | | | 8,550.00 |
| Account No. | | | | | | | | |
| **Tiger Door** **PO Box 700** **Indiana, PA 15701** | - | | | | | | | 15,807.65 |
| Account No. | | | | | | | | |
| **Torstenson Glass** **3233 N. Sheffield Ave.** **Chicago, IL 60657-2210** | - | | | | | | | 59.13 |

Sheet no. __19__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,280.25

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Coleman Fire Proof Door Co.** _____,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.** | | | | | | | | |
| **Twin City Hardware**<br>**723 Hadley Ave. N.**<br>**Saint Paul, MN 55128** | - | | | | | | | **61,442.79** |
| **Account No.** | | | | | | | | |
| **ULine**<br>**2200 S. Lakeside Dr.**<br>**Waukegan, IL 60085** | - | | | | | | | **352.41** |
| **Account No.** | | | | | | | | |
| **Underwriters Laboratories Inc.**<br>**PO Box 75330**<br>**Chicago, IL 60675-5330** | - | | | | | | | **2,081.63** |
| **Account No.** | | | | | | | | |
| **United States Fire Protection, Inc.**<br>**28427 N. Ballard Dr., Unit H**<br>**Lake Forest, IL 60045** | - | | | | | | | **200.00** |
| **Account No.** | | | | | | | | |
| **UPS**<br>**Lock Box 577**<br>**Carol Stream, IL** | - | | | | | | | **533.85** |

Sheet no. __20__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**64,610.68**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Coleman Fire Proof Door Co.** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Waste Management North** <br> **PO Box 4648** <br> **Carol Stream, IL 60197-4648** | - | | | | | | 467.14 |
| Account No. <br><br> **Waukegan Steel Sales** <br> **1201 Belvidere St.** <br> **Waukegan, IL 60085** | - | | | | | | 1,092.70 |
| Account No. <br><br> **WIKK Industries Inc.** <br> **61698 Industrial Ct.** <br> **Greendale, WI 53129-0167** | - | | | | | | 365.24 |
| Account No. <br><br> **Wildman Harrold Allen & Dixon LLP** <br> **2525 W. Wacker Dr.** <br> **Chicago, IL 60606-1229** | - | | | | | | 5,000.00 |
| Account No. <br><br> **Yale Security Inc.** <br> **c/o ASSA Abloy-Attn: Dave Ambrosini** <br> **110 Sargent Dr.** <br> **New Haven, CT 06511** | - | | | | | | 19,744.77 |

Sheet no. __21__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,669.85

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Coleman Fire Proof Door Co.**                                    ,          Case No. _____

                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Zero International**<br>**415 Concord Av.e**<br>**Bronx, NY 10455** | - | | | | | | | **1,441.21** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __22__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **1,441.21** |
| | Total<br>(Report on Summary of Schedules) | **2,914,386.72** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **Coleman Fire Proof Door Co.**                                                   Case No. _____
                                                                            ,
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Canon**<br>**PO Box**<br>**Carol Stream, IL 60197-4004** | **Sharp copy machine MX - 2300N (Left in building)**<br>**$379/mo (10 mos.)** |
| **HBSSK Properties LLC**<br>**761 Buena Rd.**<br>**Lake Forest, IL** | **Building lease $15,000.00 per month AAA lease**<br>**28392 Ballard Dr., Lake Forest, IL** |
| **Key Equipment**<br>**Denver, CO** | **Moratel Copy Machine (Left in building)**<br>**MFX28500 #10165004**<br>**($102.50/mo)** |
| **Ryder Truck**<br>**PO Box 95-726**<br>**Chicago, IL 60693** | **Unit #474160 (returned 4/3/09)**<br>**ISUZU NRR NU4 + flatbed**<br>**JALC4B16967012145** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Coleman Fire Proof Door Co.**                                          ,    Case No. _____
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Coleman Fire Proof Door Co.**                                 Case No.

                                             Debtor(s)          Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **48**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **May 14, 2009**                      Signature    **/s/ Hoshang R. Karani**

                                                        **Hoshang R. Karani**

                                                        **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                       Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Coleman Fire Proof Door Co.**                                          Case No. _____

                                              Debtor(s)          Chapter        **7**       _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$4,836,508.00** | **2008: Gross Sales** |
| **$6,617,340.20** | **2007: Gross Sales** |
| **$2,061,439.00** | **2006: Gross Sales** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See Attached Supplement | | $0.00 | $0.00 |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Triumph Develoment Corporation v. Fiore Square, LLC, The Private Bank and Trust Company, Green Courte Partners LLC, et al.; Case No. 08 CH 2591 | Counter Claim for damages | Circuit Court of the Nineteenth Judicial Circuit, Lake County, Illinois | pending |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**5. Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
☐    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **Gram Seva Foundation 2030 Post Road Northbrook, IL 60062** | | **11/08** | **$1,001** |

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Salvation Army**<br>**5040 N. Pulaski Rd.**<br>**Chicago, IL 60630** | | **12/08** | **$1,001** |
| **Zoroastrian Association of Chicago**<br>**8615 Meadowbrook Dr.**<br>**Willowbrook, IL 60527** | | | **4 donations - $300; $2000;**<br>**$230 and $240** |
| **St. Johns Apostle Church**<br>**330 N. Westmore**<br>**Villa Park, IL 60181** | | | **$150** |
| **St. Mack Lutheran Church**<br>**1822 E. Grand Ave.**<br>**Lake Villa, IL 60046** | | | **$101** |
| **Warren W. Billy Cherry Scholarship**<br>**Fund Raiser**<br>**PO Box 0944**<br>**Evanston, IL 60204-0944** | | | **$200** |
| **Lake Forest High School Scholarship**<br>**Fund**<br>**c/o DBR Publishing**<br>**11375 E. 61st St., #102**<br>**Tulsa, OK 74147-0303** | | **10/08** | **$450.00** |

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Crane, Heyman, Simon, Welch & Clar**<br>**Suite 3705**<br>**135 South LaSalle Street**<br>**Chicago, IL 60603-4297** | **4/2/09** | **$5,299.00 (includes filing fee of**<br>**$299.00)** |

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11.  Closed financial accounts

None
■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12.  Safe deposit boxes

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13.  Setoffs

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14.  Property held for another person

None
■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15.  Prior address of debtor

None
■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16.  Spouses and Former Spouses

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Coleman Fire Proof Door Co.** | **36-3758908** | **28392 Ballard Dr. Lake Forest, IL 60045** | **Fire door manufacturing** | |

None
■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Joe Liss<br>Brown, Kaplan, Liss<br>Evanston, IL | October 2006 to date |

None
☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Joe Liss | Brown, Kaplan, Liss | October 2006 to date |

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Joe Liss<br>October 2006 to date | Brown, Kaplan, Liss |

None
☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Various banks, vendors and contractors | |

### 20. Inventories

None
☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| October 2008 | John Koltz & Juan Ornelas | Need access to records - approx. 300,000 |
| December 2008 | Employees | |

None
☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| October 2008 | Coleman Fire Proof Door Co.<br>28392 N. Ballard Dr.<br>Lake Forest, IL 60045 |

DATE OF INVENTORY
**December 2008**

NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
RECORDS
**American Charter Bank**
**459 S. Rand Rd.**
**Lake Zurich, IL**

### 21 . Current Partners, Officers, Directors and Shareholders

None
■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Hoshang R. Karani** | **President and Director of Spenta, Corp,** | **100%** |
| **Bonnie Karani** | **CFO - Vice President** | **0%** |

### 22 . Former partners, officers, directors and shareholders

None
■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None
☐  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **Spenta Enterprises Ltd., 761 Buena Rd., Lake Forest, IL 60045** | **20-5542085** |

### 25. Pension Funds.

None
☐  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **Coleman Fire Proof Door Co. 401(k) Retirement Plan** | **20-8493197** |

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

10

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date __**May 14, 2009**_____    Signature    __**/s/ Hoshang R. Karani**_____

**Hoshang R. Karani**
**President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

1:23 PM
05/14/09
Sheet1

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Type | | Num | | Date | | Name | | Amount Paid |
| 2 | Bill Pmt -Check | | 71981905TUR | | 03/13 | | Algoma Hardwoods | | -8,616.17 |
| 3 | | | | | | | | | |
| 4 | Check | | eft | | 02/19 | | American Chartered Bank | | Name |
| 5 | Check | | eft | | 01/19 | | American Chartered Bank | | -4,475.61 |
| 6 | Check | | eft | | 03/19 | | American Chartered Bank | | -4,042.50 |
| 7 | Total | | | | | | | | -8,518.11 |
| 8 | | | | | | | | | |
| 9 | Check | | eft | | 01/09 | | American Express | | -5,939.54 |
| 10 | Check | | eft | | 01/09 | | American Express | | -3,500.00 |
| 11 | Check | | 3706 | | 03/18 | | American Express | | -1,144.97 |
| 12 | Check | | 3614 | | 02/05 | | American Express | | -950.58 |
| 13 | Check | | 3658 | | 03/13 | | American Express | | -547.48 |
| 14 | | | | | | | | | -12,082.57 |
| 15 | | | | | | | | | |
| 16 | Bill Pmt -Check | | 487618pep | | 03/06 | | American Millwork Hardware Inc | | -24,658.50 |
| 17 | Bill Pmt -Check | | 485748pep | | 02/02 | | American Millwork Hardware Inc | | -20,314.19 |
| 18 | | | | | | | | | -44,972.69 |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | Bill Pmt -Check | | 3597 | | 02/05 | | Blue Cross Blue Shield | | -9,595.94 |
| 22 | Bill Pmt -Check | | 3661 | | 03/16 | | Blue Cross Blue Shield | | -4,311.27 |
| 23 | | | | | | | | | -13,907.21 |
| 24 | | | | | | | | | |
| 25 | Bill Pmt -Check | | Walsh | | 04/01 | | Ceco Door | | -570,124.85 |
| 26 | Bill Pmt -Check | | 63441wa | | 01/02 | | Ceco Door | | -184,114.14 |
| 27 | Bill Pmt -Check | | 659963wa | | 02/19 | | Ceco Door | | -60,593.06 |
| 28 | Bill Pmt -Check | | 657312wa | | 01/15 | | Ceco Door | | -2,059.35 |
| 29 | | | | | | | | | -816,891.40 |
| 30 | | | | | | | | | |
| 31 | Check | | eft | | 01/28 | | Comerica | | -19,203.25 |
| 32 | Check | | eft | | 02/27 | | Comerica | | -18,023.76 |
| 33 | | | | | | | | | -37,227.01 |
| 34 | | | | | | | | | |
| 35 | Bill Pmt -Check | | 110851 | | 02/16 | | Corbin Russwin | | -9,457.50 |
| 36 | Bill Pmt -Check | | 3582 | | 01/12 | | Corbin Russwin | | -2,566.00 |
| 37 | | | | | | | | | -12,023.50 |
| 38 | | | | | | | | | |
| 39 | Bill Pmt -Check | | | | 02/06 | | Curries Company | | -56,315.34 |
| 40 | Bill Pmt -Check | | 54919WR | | 03/06 | | Curries Company | | -46,528.66 |
| 41 | Bill Pmt -Check | | 658376wa | | 03/16 | | Curries Company | | -17,825.40 |
| 42 | Bill Pmt -Check | | 6443wa | | 01/02 | | Curries Company | | -23,357.71 |
| 43 | Bill Pmt -Check | | 657311wa | | 01/02 | | Curries Company | | -10,731.43 |
| 44 | Bill Pmt -Check | | 659960wa | | 02/19 | | Curries Company | | -3,552.93 |
| 45 | Bill Pmt -Check | | Walsh | | 04/01 | | Curries Company | | -717.21 |
| 46 | | | | | | | | | -159,028.68 |
| 47 | | | | | | | | | |
| 48 | Bill Pmt -Check | | 54865wr | | 03/10 | | Dunbarton Corporation | | -52,531.37 |
| 49 | Bill Pmt -Check | | 3579 | | 01/12 | | Dunbarton Corporation | | -2,565.08 |
| 50 | | | | | | | | | -55,096.45 |
| 51 | | | | | | | | | |
| 52 | Bill Pmt -Check | | Walsh | | 04/01 | | Dynalock Corporation | | -38,097.50 |
| 53 | Bill Pmt -Check | | 653442wa | | 01/02 | | Dynalock Corporation | | -16,053.12 |
| 54 | Bill Pmt -Check | | 3593 | | 01/29 | | Dynalock Corporation | | -556.92 |
| 55 | | | | | | | | | -54,707.54 |
| 56 | | | | | | | | | |

1:23 PM
05/14/09
Sheet1

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 57 | Bill Pmt -Check | | 015962ba | | 03/06 | | Eggers Industries | | -29,340.00 |
| 58 | Bill Pmt -Check | | 3587 | | 01/22 | | Eggers Industries | | -10,794.78 |
| 59 | Bill Pmt -Check | | 3636 | | 02/17 | | Eggers Industries | | -5,200.80 |
| 60 | Bill Pmt -Check | | Surb Ortho | | 02/27 | | Eggers Industries | | -3,055.00 |
| 61 | Bill Pmt -Check | | 3711 | | 03/18 | | Eggers Industries | | -612.00 |
| 62 | Bill Pmt -Check | | 3716 | | 03/23 | | Eggers Industries | | -456.00 |
| 63 | | | | | | | | | -49,458.58 |
| 64 | | | | | | | | | |
| 65 | Bill Pmt -Check | | 660220wa | | 03/16 | | Frascio International, LLC | | -132,944.11 |
| 66 | Bill Pmt -Check | | 662610wa | | 03/16 | | Frascio International, LLC | | -34,528.38 |
| 67 | | | | | | | | | -167,472.49 |
| 68 | | | | | | | | | |
| 69 | Bill Pmt -Check | | 3664 | | 03/16 | | Grange Mutual Casualty Co. | | -7,112.00 |
| 70 | Bill Pmt -Check | | 3578 | | 01/09 | | Grange Mutual Casualty Co. | | -4,031.00 |
| 71 | | | | | | | | | -11,143.00 |
| 72 | | | | | | | | | |
| 73 | Bill Pmt -Check | | 474838weiss | | 03/26 | | Hager Companies | | -5,305.48 |
| 74 | Bill Pmt -Check | | | | 02/10 | | Hager Companies | | -5,083.80 |
| 75 | Bill Pmt -Check | | 130097nv | | 03/23 | | Hager Companies | | -777.48 |
| 76 | Bill Pmt -Check | | 130097 | | 02/16 | | Hager Companies | | -543.47 |
| 77 | | | | | | | | | -11,710.23 |
| 78 | | | | | | | | | |
| 79 | Check | | eft | | 01/07 | | HBSSK Properties(rent) | | -15,000.00 |
| 80 | Check | | eft | | 02/05 | | HBSSK Properties(rent) | | -15,000.00 |
| 81 | Check | | eft | | 03/06 | | HBSSK Properties(rent) | | -15,000.00 |
| 82 | | | | | | | | | -45,000.00 |
| 83 | | | | | | | | | |
| 84 | Check | | 3717 | | 04/03 | | Illinois Department of Revenue | | -32,404.00 |
| 85 | Check | | eft | | 02/19 | | Illinois Department of Revenue | | -15,275.91 |
| 86 | | | | | | | | | -47,679.91 |
| 87 | | | | | | | | | |
| 88 | Bill Pmt -Check | | W.Randolph | | 02/02 | | McKinney Products Co. | | -23,216.80 |
| 89 | Bill Pmt -Check | | 658438wa | | 03/16 | | McKinney Products Co. | | -1,624.63 |
| 90 | | | | | | | | | -24,841.43 |
| 91 | | | | | | | | | |
| 92 | Bill Pmt -Check | | 54801wr | | 03/06 | | Rockwood | | -7,601.99 |
| 93 | Bill Pmt -Check | | 658440wa | | 03/16 | | Rockwood | | -1,274.04 |
| 94 | Bill Pmt -Check | | 3588 | | 01/27 | | Rockwood | | -21.15 |
| 95 | | | | | | | | | -8,897.18 |
| 96 | | | | | | | | | |
| 97 | Bill Pmt -Check | | 483169pep | | 03/06 | | Sargent Mfg. Co. | | -31,807.64 |
| 98 | Bill Pmt -Check | | 658435wa | | 03/16 | | Sargent Mfg. Co. | | -11,471.00 |
| 99 | Bill Pmt -Check | | 3621 | | 02/10 | | Sargent Mfg. Co. | | -45.82 |
| 100 | | | | | | | | | -43,324.46 |
| 101 | | | | | | | | | |
| 102 | Bill Pmt -Check | | 54802wr | | 03/06 | | Stanley Security Solutions | | -43,903.91 |
| 103 | Bill Pmt -Check | | 3622 | | 02/16 | | Stanley Security Solutions | | -689.44 |
| 104 | | | | | | | | | -44,593.35 |
| 105 | | | | | | | | | |
| 106 | Bill Pmt -Check | | 54620WR | | 03/06 | | Stock Building Supply | | -52,253.65 |
| 107 | | | | | | | | | |
| 108 | | | | | | | | | |
| 109 | | | | | | | | | |
| 110 | | | Total Paid over $5,475.00 within 90 days | | | | | | -$1,729,445.61 |

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Coleman Fire Proof Door Co.**

Debtor(s)

Case No. _____

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **5,299.00\*** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **5,299.00** |

2.    The source of the compensation paid to me was:       \* includes filing fee of $299.00

    ☒ Debtor    ☐ Other (specify):

3.    The source of compensation to be paid to me is:

    ☒ Debtor    ☐ Other (specify):

4.    ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service: **adversary proceedings, complaints to determine dischargeability of debt and complaints objecting to discharge, redemption proceedings, abandonment proceedings, motions to convert the Chapter 7 case to another Chapter under the Bankruptcy Code or representation of the Debtor in such a converted case.**

## CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **May 11, 2009**

**EUGENE CRANE**
**Crane, Heyman, Simon, Welch & Clar**
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
**312-641-6777  Fax: 312-641-7114**

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Coleman Fire Proof Door Co.**                                                    Case No.
                                                    Debtor(s)          Chapter     **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **138**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **May 14, 2009**                              **/s/ Hoshang R. Karani**
                                                    **Hoshang R. Karani/President**
                                                    Signer/Title

AAssa - Corbin Russwin
c/o ASSA Abloy-Attn: Dave Ambrosini
110 Sargent Dr.
New Haven, CT 06511
.

AAssa - Curries Company
c/o ASSA Abloy-Attn: Dave Ambrosini
110 Sargent Dr.
New Haven, CT 06511

AAssa - Graham Manufacturing Co.
c/o ASSA Abloy-Attn: Dave Ambrosini
110 Sargent Dr.
New Haven, CT 06511

AAssa - McKinney
c/o ASSA Abloy-Attn: Dave Ambrosini
110 Sargent Dr.
New Haven, CT 06511

AAssa - Norton Security
c/o ASSA Abloy-Attn: Dave Ambrosini
110 Sargent Dr.
New Haven, CT 06511

AAssa - Rixon Security Inc.
c/o ASSA Abloy-Attn: Dave Ambrosini
110 Sargent Dr.
New Haven, CT 06511

AAssa - Safgent Manufacturing Co.
c/o ASSA Abloy-Attn: Dave Ambrosini
110 Sargent Dr.
New Haven, CT 06511

Accurate Lock & Hardware
1 Annie Place
Stamford, CT 06902

Accurate Radiation Sheilding
2-6 C;eve;amd St.
Cary, IL 60013

Adams Rite Mfg. Co.
260 Santa Fe St.
Pomona, CA 91767

Advanced Information Consulting
210 Lincoln St.
Glenview, IL 60025

George Aguirre
3240 W. 65th Place
Chicago, IL 60629

Airgas Safety
1212 Belvidere St.
Waukegan, IL 60085

Akron Hardware Consultants, Inc.
1100 Killian Rd.
Akron, OH 44312

Alarm Lock Systems
345 Bayview Ave.
Amityville, NY 11701

American Chartered Bank
459 S. Rand Rd.
Lake Zurich, IL 60047

American Express Business Platinum
Box 0001
Los Angeles, CA 90096-0001

American ExpressPlatinum
Box 0001
Los Angeles, CA 90096-0001

American Gases Corp.
3949 Grove Ave.
Gurnee, IL 60031

American Millwork Hardware Inc.
4505 W. Woolworth Ave.
Milwaukee, WI 53218

Anemostat
1220 Walson Center Rd.
Carson, CA 90745

Architectural Builders Hardware Mfg
1222 Andmore Ave.
Itasca, IL 60143

Architectural Control Systems
10666 Gateway Blvd.
Saint Louis, MO 63132

AT&T
PO Box 8100
Aurora, IL 60507-8100

Automatic Data Processing
100 Northwest Point Blvd.
Elk Grove Village, IL 60007

Baldwin Hardware Corp.
13212 Collections Center Dr.
Chicago, IL 60693

Blue Cross Blue Shield
300 E. Randolph
Chicago, IL 60601

Bommer Industries
PO Box 187
Landrum, SC 29356

Boyle & Chase, Inc.
72 Chase St.
Hingham, MA 02043

Bradley Road Industrial
600 E. 96th St., #100
Indianapolis, IN 46240

Brown, Kaplan & Liss, LLP
500 Davis St., #502
Evanston, IL 60201

Comerica/ Mastercard
PO Box 790308
Saint Louis, MO 63179-0408

Enzer & Meyerson, LLC
900 Skokie Blvd., #100
Northbrook, IL 60062

Canon
PO Box
Carol Stream, IL 60197-4004

Commonwealth Edison
Bill Payment Center
230 S. Dearborn St.
Chicago, IL 60604

Fastenal Ind. and Const. Supplies
PO Box 978
Winona, MN 55987-0978

Ceco Door
c/o ASSA Abloy-Attn: Dave Ambrosini
110 Sargent Dr.
New Haven, CT 06511

Corbin Russwin
c/o ASSA Abloy-Attn: Dave Ambrosini
110 Sargent Dr.
New Haven, CT 06511

Fastrack Hardware Inc.
W165 N. 5690 Continental
Menomonee Falls, WI 53051

Century Door & Lock Co., Ltd.
1301 Landmeier Rd.
Elk Grove Village, IL 60007

Curries Company
c/o ASSA Abloy-Attn: Dave Ambrosini
110 Sargent Dr.
New Haven, CT 06511

Ford Motor Credit
PO Box 790093
Saint Louis, MO 63179-0093

Chase Visa
O Box 15153
Wilmington, DE 19886-5153

Curries Sherman
c/o ASSA Abloy-Attn: Dave Ambrosini
110 Sargent Dr.
New Haven, CT 06511

Forms & Surfaces
30 Pine St.
Pittsburgh, PA 15223

Chase Visa
PO Box 15153
Wilmington, DE 19886-5753

Don-Jo Mfg.
PO Box
Sterling, MA 01564-0929

Fort Dearborn Life Insurance Co
36788 Eagle Way
Chicago, IL 60678

Chizuco Coleman
N 9110 11th Drive
Westfield, WI 53964

Door Concepts of IL
14335 S. VanDyke Rd., #101
Plainfield, IL 60544

Fox Valley Fire & Safety Co.
2730 Pinnacle Dr.
Elgin, IL 60124

Cita AAdvantage World MasterCard
Citi Cards
PO Box 688909
Des Moines, IA 50368-8909

Dugmore & Duncan Inc.
30 Pond Park Rd.
Hingham, MA 02043

Frameworks Mfg. Inc.
3801 Yale St.
Houston, TX 77018

Clark Security Products
10390 Shady Trail, #104
Dallas, TX 75220

Dunbarton Corporation
PO Box 8577
Dothan, AL 36304

Frascio International, LLC
8904 Bash St., Suite "J"
Indianapolis, IN 46256

Comerica Bank
PO Box 650282MC6512
Dallas, TX 75265-0282

Eggers Industries
One Eggers Dr.
Two Rivers, WI 54241

gNeil
PO Box 451179
Fort Lauderdale, FL 33345-1179

Juan Gonzalez
3849 N. Sawyer
Chicago, IL 60625

Bonnie R. Karani
761 Buena Road
Lake Forest, IL 60045

McKinney Products Co.
c/o ASSA Abloy-Attn: Dave Ambros
110 Sargent Dr.
New Haven, CT 06511

Graham Mfg
c/o Assa Abloy
110 Sargent Drive
New Haven, CT 06511

Hoshang   and Bonnie Karani
761 Buena Rd.
Lake Forest, IL 60045

Met Life
PO Box 804466
Kansas City, MO 64180-4466

Grange Insurance
PO Box 740604
Cincinnati, OH 45274

Hoshang R. Karani
761 Buena Rd.
Lake Forest, IL 60045

Midwest Wholesale Hardware
1000 N. Century Ave.
Kansas City, MO 64120

Judd Greenstein
2645 Park Lane
Glenview, IL 60025

Key Equipment
Denver, CO

Much Shelist
35335 Eagle Way
Chicago, IL 60678

Hafele America Co.
3901 Cheyenne Dr.
Archdale, NC 27263-4000

Key Equipment Finance
11030 Circle Point Rd., 2nd
Broomfield, CO 80020

National Guard Products, Inc.
4985 E. Raines Rd.
Memphis, TN 38175

Hager Companies
139 Victor St.
Saint Louis, MO 63104-4736

Komar
4625 2nd Ave.
Schiller Park, IL 60176

Jose Navarro
3139 N. Kilpatrick
Chicago, IL 60641

Hanchett Entry Systems Inc.
22630 N. 17th Ave.
Phoenix, AZ 85027

Lake County Collector
18 N. Country St., #102
Waukegan, IL 60085

North Shore Sanitary District
PO Box 2140
Bedford Park, IL 60499-2140

HBSSK Properties LLC
761 Buena Rd.
Lake Forest, IL

Christopher Little
876 Red Hawk Drive
Antioch, IL 60002

NorthShore Business Technology
9114 58th Place
Kenosha, WI 53144

Hinckley Springs
PO Box 660579
Dallas, TX 75266-0579

Nick Llanas
7520 24th Avene
Kenosha, WI 53143

Norton
c/o Assa Abloy
110 Sargent Dr.
New Haven, CT 06511

Illinois Dept of Revenue
Retailer's Occupation Tax
Springfield, IL 62796-0001

Lund Equipment Co.
PO Box 213
Bath, OH 44210

John O'Neill
2485 Old Pond Road
Round Lake, IL 60073

OP Office Plus
1428 Glen Flora
Waukegan, IL 60085

Ralph O. Hardesty
55 W. Monroe, #3720
Chicago, IL 60603

Security Door Controls
3580 Willow Lane
Westlake Village, CA 91361-4921

Juan Ornelas
37270 N. Capillo Avenue
Lake Villa, IL 60046

Reese Enterprises, Inc.
16350 Asher Ave.
Rosemount, MN 55068

Security Lock Distributors
PO Box 95
Westwood, MA 02090

Jesus Ortiz
4954 N. Seeley
Chicago, IL 60625

Rixson
c/o ASSA Abloy-Attn: Dave Ambrosini
110 Sargent Dr.
New Haven, CT 06511

Security Metal Products
5700 Hannum Ave.
Culver City, CA 90230

Joseph Parrilli
38669 N. Hilltop
Antioch, IL 60002

Rockwood
PO Box 644489
Pittsburgh, PA 15264-4489

Stanley Hardware
Dept. AT 40124
Atlanta, GA 31192-0124

PEMKO
PO Box 31001-1250
Pasadena, CA 91110-1250

Ryder Transportation Service
PO Box 96723
Chicago, IL 60693

Stanley Security Solutions
Dept. CH 14210
Palatine, IL 60055-4210

John Perez
4317 32nd Avenue
Kenosha, WI 53144

Ryder Truck
PO Box 95-726
Chicago, IL 60693

Stark Printing Company
37 Sherwood Terr.
Lake Bluff, IL 60044

Melissa Perez
620 Key Largo Drive
Fox Lake, IL 60020

Safgent Manufacturing Co.
c/o ASSA Abloy-Attn: Dave Ambrosini
110 Sargent Dr.
New Haven, CT 06511

Stock Building Supply
1357 Collection Ctr.
Chicago, IL 60693-0132

Ryan Pfeiffer
31 Washington Blvd., Unit 208
Mundelein, IL 60060

Saflok
8100 Chancellor Dr.
Orlando, FL 32809

TE/GE Group 7637RB "MC4915CH
Attn: Robert Blackmon, Jr.
120 S. Dearborn St.
Chicago, IL 60604-1504

Poncraft Door Co.
2005 Pontiac Rd.
Auburn Hills, MI 48328

Pamela S. Schroeder
2415 Oakdale Terrace
Cary, IL 60013

TEE Jay Service Co. Inc.
951 N. Raddant Rd.
Batavia, IL 60510-0369

Quill Corporation
PO Box 37600
Philadelphia, PA 19101-0600

Sears Premier Gold MasterCard
Sears Credit Cards
PO Box 183082
Columbus, OH 43218-3082

Tiger Door
PO Box 700
Indiana, PA 15701

Torstenson Glass
3233 N. Sheffield Ave.
Chicago, IL 60657-2210

Sherman Harrold Allen & Dixon LLP
2525 W. Wacker Drive
Chicago, IL 60606-1229

Twin City Hardware
723 Hadley Ave. N.
Saint Paul, MN 55128

Scot Witt
7945 Dunhill Drive
Village of Lakewood, IL 60014

U.S. Treasury Internal Rev. Service
TE/GE Group 7637 RBMC4915CHI
230 S. Dearborn
Chicago, IL 60604-1504

Yale Security Inc.
c/o ASSA Abloy-Attn: Dave Ambrosini
110 Sargent Dr.
New Haven, CT 06511

ULine
2200 S. Lakeside Dr.
Waukegan, IL 60085

David Yankee
22254 86th Street
Salem, WI 53168

Underwriters Laboratories Inc.
PO Box 75330
Chicago, IL 60675-5330

Alice Youman
2494 N. Old Pond Rd.
Round Lake, IL 60073

United States Fire Protection, Inc.
28427 N. Ballard Dr., Unit H
Lake Forest, IL 60045

Carlos Zepeda
624 Sherman Ave.
Elgin, IL 60120

UPS
Lock Box 577
Carol Stream, IL

Vincent Zepeda
609 Heather Terrace
Round Lake, IL 60073

Waste Management North
PO Box 4648
Carol Stream, IL 60197-4648

Zero International
415 Concord Av.e
Bronx, NY 10455

Waukegan Steel Sales
1201 Belvidere St.
Waukegan, IL 60085

WIKK Industries Inc.
61698 Industrial Ct.
Greendale, WI 53129-0167

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Coleman Fire Proof Door Co.**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Coleman Fire Proof Door Co.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 14, 2009**

Date

**/s/ EUGENE CRANE**

**EUGENE CRANE**

Signature of Attorney or Litigant

Counsel for   **Coleman Fire Proof Door Co.**

**Crane, Heyman, Simon, Welch & Clar**
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
**312-641-6777 Fax:312-641-7114**