**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF**
**DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| COLEMAN FIRE PROOF DOOR CO. | § | Case No. 09-17518 |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/16/2012 and the deadline for filing governmental claims was 04/16/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 7,306.97 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 7,306.97 as interim compensation and now requests a sum of $ 0.00 , for a total compensation of $ 7,306.97 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/15/2015                By: _____
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No.: | 09-17518 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | COLEMAN FIRE PROOF DOOR CO. | Date Filed (f) or Converted (c): | 05/14/09 (f) |
| | | 341(a) Meeting Date: | 06/29/09 |
| For Period Ending: 05/15/15 | | Claims Bar Date: | 04/16/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 50.00 | 0.00 | | 0.00 | FA |
| 2. Checking account at American Charter Bank a/c #xxx | 12,218.58 | 0.00 | | 4,000.00 | FA |
| 3. Escrow Account at American Charter Bank a/c #xxxx4 | 1,005.33 | 0.00 | | 0.00 | FA |
| 4. Payroll Account at American Charter Bank a/c # xxx | 140.22 | 0.00 | | 0.00 | FA |
| 5. See Supplement Attached | 5,500.00 | 0.00 | | 0.00 | FA |
| 6. See Attached Supplement | 0.00 | 0.00 | | 0.00 | FA |
| 7. Accounts receivable | 2,255,517.05 | 0.00 | | 64,800.71 | FA |
| 8. May have tax loss carry forward | 0.00 | Unknown | | 0.00 | Unknown |
| 9. Claim against HBSSK Corporation. Owner of Ballard | 2,268.74 | 0.00 | | 0.00 | FA |
| 10. Counter Claim in Case No. 08 CH 2591 Triumph Devel | 14,102.03 | 0.00 | | 0.00 | FA |
| 11. Coleman Fire Proof Door may have value as colemand | 0.00 | Unknown | | 0.00 | Unknown |
| 12. Debtor has a minority business enterprise certific | 0.00 | 0.00 | | 0.00 | FA |
| 13. Customer list exists, but has no market value. | 0.00 | 0.00 | | 0.00 | FA |
| 14. 2005 Ford 500 | 5,817.00 | 0.00 | | 0.00 | FA |
| 15. 1999 Ford Econoline Van | 1,000.00 | 0.00 | | 0.00 | FA |
| 16. See Supplement - computer | 40,308.21 | 0.00 | | 0.00 | FA |
| 17. See Supplement - office | 88,771.23 | 0.00 | | 0.00 | FA |
| 18. See Supplement - shop equipment | 8,811.82 | 0.00 | | 0.00 | FA |
| 19. Inventory - Raw Material | 300,000.00 | 0.00 | | 0.00 | FA |
| 20. Intransit from vendor to customer | 984,460.18 | 0.00 | | 0.00 | FA |
| 21. UTILITY REFUND (u) | 0.00 | 6,000.00 | | 5,512.82 | FA |
| 22. REFUND (u) | 0.00 | 5,000.00 | | 6,810.05 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 15.81 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $3,719,970.39 | $11,000.00 | | $81,139.39 | $0.00 |

Case 09-17518 Doc 50 Filed 06/30/15 Entered 06/30/15 13:02:34 Desc Main
Document Page 4 of 20

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 09-17518 ABG Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | COLEMAN FIRE PROOF DOOR CO. | | Date Filed (f) or Converted (c): | 05/14/09 (f) |
| | | | 341(a) Meeting Date: | 06/29/09 |
| | | | Claims Bar Date: | 04/16/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR, NFR AND RELATED DOCUMENTS ARE BEING RESUBMITTED TO UST FOR APPROVAL - May 14, 2015. TFR, NFR AND RELATED
DOCUMENTS BEING SUBMITTED TO UST FOR APPROVAL - Jan. 17, 2015. TRUSTEE TO REVIEW BOOKS AND RECORDS. TRUSTEE HAS
COLLECTED SOME ACCOUNTS RECEIVABLE. THESE MAY BE SECURED BY LENDER. TRUSTEE HAS COMMENCED A PREFERENCE ANALYSIS.
TRUSTEE TO START WORK ON HIS FINAL REPORT. TRUSTEE IS GOING TO FILE A MOTION TO PAY SECURED CREDITOR. THE MOTION WAS
FILED AND THE FUNDS DISBURSED TO THE SECURED CREDITOR. THE TRUSTEE WILL FILE A TFR WITH THE COURT - January 14, 2014.
TFR TO BE PREPARED - July 17, 2014. NO CHANGE - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 03/31/11    Current Projected Date of Final Report (TFR): 03/31/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 09-17518 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | COLEMAN FIRE PROOF DOOR CO. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******1921 Checking Account |
| Taxpayer ID No: | *******8908 | | | |
| For Period Ending: | 05/15/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 34,316.46 | | 34,316.46 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.15 | 34,295.31 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.85 | 34,273.46 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.13 | 34,252.33 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.82 | 34,230.51 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.88 | 34,179.63 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 35.98 | 34,143.65 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 45.90 | 34,097.75 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.71 | 34,047.04 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 48.98 | 33,998.06 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.55 | 33,947.51 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 48.84 | 33,898.67 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.40 | 33,848.27 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.32 | 33,797.95 |
| 09/27/13 | 7 | AMERICAN CHARTERED BANK | ACCOUNT RECEIVABLE | 1121-000 | 46,310.83 | | 80,108.78 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 57.51 | 80,051.27 |
| 12/05/13 | 300002 | AMERICAN CHARTERED BANK | Payment of secured claim | 4210-000 | | 69,778.05 | 10,273.22 |
| 12/05/13 | 300003 | JOSEPH E. COHEN | Trustee Fees Trustee Fees | 2100-000 | | 7,306.97 | 2,966.25 |
| 12/05/13 | 300004 | COOKE & LEWIS LTD. | Accountant for Trustee fees Accountant for Trustee fees | 3410-000 | | 2,966.25 | 0.00 |

Page Subtotals 80,627.29 80,627.29

UST Form 101-7-TFR (5/1/2011) (Page: 5)

LFORM24

Ver: 18.04c

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-17518 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | COLEMAN FIRE PROOF DOOR CO. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******1921  Checking Account |
| Taxpayer ID No: | *******8908 | | | |
| For Period Ending: | 05/15/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 80,627.29 | 80,627.29 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 34,316.46 | 0.00 | |
| | | | Subtotal | | 46,310.83 | 80,627.29 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 46,310.83 | 80,627.29 | |

Page Subtotals    0.00    0.00

FORM 2     Page: 3     Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-17518 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | COLEMAN FIRE PROOF DOOR CO. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1079 BofA - Money Market Account |
| Taxpayer ID No: | *******8908 | | | |
| For Period Ending: | 05/15/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/09/09 | 21 | Santana Energy Services | Utility Refund | 1290-000 | 5,512.82 | | 5,512.82 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 5,512.90 |
| 01/05/10 | 2 | Hoshang Karani | Proceeds from bank accounts | 1129-000 | 4,000.00 | | 9,512.90 |
| 01/05/10 | 7 | Pepper Construction | ACCOUNT RECEIVABLE | 1121-000 | 17,998.00 | | 27,510.90 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.57 | | 27,511.47 |
| 02/17/10 | 22 | Automatic Data Processing | Refund | 1290-000 | 5,788.95 | | 33,300.42 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.67 | | 33,301.09 |
| 03/26/10 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 6.55 | 33,294.54 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.85 | | 33,295.39 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.82 | | 33,296.21 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.85 | | 33,297.06 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.82 | | 33,297.88 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.84 | | 33,298.72 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.86 | | 33,299.58 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.82 | | 33,300.40 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.84 | | 33,301.24 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.83 | | 33,302.07 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.85 | | 33,302.92 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.85 | | 33,303.77 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.26 | | 33,304.03 |
| 03/29/11 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 16.30 | 33,287.73 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.28 | | 33,288.01 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.26 | | 33,288.27 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 33,288.56 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.27 | | 33,288.83 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.27 | | 33,289.10 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 33,289.39 |

Page Subtotals     33,312.24     22.85

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*     Ver: 18.04c

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 09-17518 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | COLEMAN FIRE PROOF DOOR CO. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1079 BofA - Money Market Account |
| Taxpayer ID No: | *******8908 | | | |
| For Period Ending: | 05/15/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/22/11 | 7 | SANTANA ENERGY SERVICES | | 1121-000 | 491.88 | | 33,781.27 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.27 | | 33,781.54 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 33,781.83 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 43.04 | 33,738.79 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.28 | | 33,739.07 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 41.60 | 33,697.47 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.28 | | 33,697.75 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 41.54 | 33,656.21 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 33,656.50 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 44.14 | 33,612.36 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.27 | | 33,612.63 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 39.95 | 33,572.68 |
| 03/11/12 | 000303 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 28.23 | 33,544.45 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.28 | | 33,544.73 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 41.26 | 33,503.47 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.28 | | 33,503.75 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 42.57 | 33,461.18 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.28 | | 33,461.46 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 42.51 | 33,418.95 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.26 | | 33,419.21 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 39.72 | 33,379.49 |
| 07/25/12 | 22 | FORD MOTOR CREDIT | CUSTOMER REFUND | 1229-000 | 1,021.10 | | 34,400.59 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 34,400.88 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 43.86 | 34,357.02 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.27 | | 34,357.29 |
| 08/30/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 10TH FLOOR DALLAS, TX 75283 | BANK FEES | 2600-000 | | 40.83 | 34,316.46 |

Page Subtotals  1,516.32  489.25

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*  Ver: 18.04c

LFORM24

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-17518 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | COLEMAN FIRE PROOF DOOR CO. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1079  BofA - Money Market Account |
| Taxpayer ID No: | *******8908 | | |
| For Period Ending: | 05/15/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 34,316.46 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 34,828.56 | 34,828.56 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 34,316.46 | |
| Subtotal | 34,828.56 | 512.10 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 34,828.56 | 512.10 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********1921 | 46,310.83 | 80,627.29 | 0.00 |
| BofA - Money Market Account - ********1079 | 34,828.56 | 512.10 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 81,139.39 | 81,139.39 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    34,316.46

| | | | EXHIBIT C | | | |
|---|---|---|---|---|---|---|
| Page 1 | | | ANALYSIS OF CLAIMS REGISTER | | | Date: May 15, 2015 |

Case Number:  09-17518  
Debtor Name:  COLEMAN FIRE PROOF DOOR CO.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| BOND 999 2300-00 | INTERNATIONAL SURETIES, LTD. | Administrative | | $0.00 | $80.51 | $80.51 |
| 000001 070 7100-00 | Ford Motor Credit Company LLC<br>P O Box 537901<br>Livonia MI 48153-9905 | Unsecured | | $0.00 | $5,972.91 | $5,972.91 |
| 000002 070 7100-00 | Ryder Truck Rental Inc<br>Atten: Jennifer Morris<br>6000 Windward Parkway<br>Alpharetta, GA 30005 | Unsecured | | $0.00 | $9,425.45 | $9,425.45 |
| 000003 070 7100-00 | Ryder Truck Rental Inc<br>Atten: Jennifer Morris<br>6000 Windward Parkway<br>Alpharetta, GA 30005 | Unsecured | | $0.00 | $2,578.31 | $2,578.31 |
| 000004 070 7100-00 | Krusinski Construction Company<br>c/o Gary Dupuis<br>2107 Swift Drive<br>Oak Brook, Illinois 60523 | Unsecured | | $0.00 | $70,135.00 | $70,135.00 |
| 000005 070 7100-00 | United Parcel Service<br>C/O RMS Bankruptcy Recovery Services<br>Po Box 4396<br>Timonium, Maryland 21094 | Unsecured | | $0.00 | $510.93 | $510.93 |
| 000006 070 7100-00 | Underwriters Laboratories Inc.<br>333 Pfingsten Road<br>Northbrook, IL 60062-2096 | Unsecured | | $0.00 | $2,081.63 | $2,081.63 |
| 000007 070 7100-00 | Graham Mfg<br>c/o Assa Abloy<br>110 Sargent Drive<br>New Haven, CT 06511 | Unsecured | | $0.00 | $218,358.06 | $218,358.06 |
| 000008 070 7100-00 | Door Group Services Center<br>110 Sargent Drive<br>New Haven, CT 06511 | Unsecured | | $0.00 | $7,548.80 | $7,548.80 |
| 000009 070 7100-00 | Yale Security Inc.<br>c/o ASSA Abloy-Attn: Dave Ambrosini<br>110 Sargent Dr.<br>New Haven, CT 06511 | Unsecured | | $0.00 | $259,456.47 | $259,456.47 |
| 000010 070 7100-00 | Corbin Russwin<br>c/o ASSA Abloy-Attn: Dave Ambrosini<br>110 Sargent Dr.<br>New Haven, CT 06511 | Unsecured | | $0.00 | $99,511.86 | $99,511.86 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 15, 2015 |
|---|---|---|---|---|---|---|

Case Number: 09-17518  
Debtor Name: COLEMAN FIRE PROOF DOOR CO.  
Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000011<br>070<br>7100-00 | McKinney Products Co.<br>c/o ASSA Abloy-Attn: Dave Ambrosini<br>110 Sargent Dr.<br>New Haven, CT 06511 | Unsecured | | $0.00 | $74,126.79 | $74,126.79 |
| 000012<br>070<br>7100-00 | Sargent Manufacturing Co.<br>c/o ASSA Abloy-Attn: Dave Ambrosini<br>110 Sargent Dr.<br>New Haven, CT 06511 | Unsecured | | $0.00 | $309,730.03 | $309,730.03 |
| 000013<br>070<br>7100-00 | AAssa - Curries Company<br>c/o ASSA Abloy-Attn: Dave Ambrosini<br>110 Sargent Dr.<br>New Haven, CT 06511 | Unsecured | | $0.00 | $866,371.46 | $866,371.46 |
| 000014<br>070<br>7100-00 | Ceco Door<br>c/o ASSA Abloy-Attn: Dave Ambrosini<br>110 Sargent Dr.<br>New Haven, CT 06511 | Unsecured | | $0.00 | $68,641.06 | $68,641.06 |
| 000015A<br>070<br>7100-00 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Unsecured | | $0.00 | $493.96 | $493.96 |
| 000015B<br>070<br>7100-00 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Unsecured | | $0.00 | $299.00 | $299.00 |
| 000016<br>070<br>7100-00 | Hager Companies<br>139 Victor St.<br>Saint Louis, MO 63104-4736 | Unsecured | | $0.00 | $10,433.17 | $10,433.17 |
| 000017<br>070<br>7100-00 | Advanced Information Consulting Inc<br>3016 North Lake Terrace<br>Glenview, IL 60026 | Unsecured | | $0.00 | $1,035.00 | $1,035.00 |
| 000018<br>070<br>7100-00 | Akron Hardware Consultants, Inc.<br>1100 Killian Rd.<br>Akron, OH 44312 | Unsecured | | $0.00 | $13,548.13 | $13,548.13 |
| 000019<br>070<br>7100-00 | Wikk Industries, Inc.<br>POB 167<br>Greendale Wisconsin 53129 | Unsecured | | $0.00 | $365.24 | $365.24 |
| 000020A<br>070<br>7100-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | Unsecured | | $0.00 | $32,513.60 | $32,513.60 |
| 000021A<br>070<br>7100-00 | Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | | $0.00 | $17,643.22 | $17,643.22 |

| Page 3 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: May 15, 2015 |
|---|---|---|---|---|---|---|

Case Number: 09-17518  
Debtor Name: COLEMAN FIRE PROOF DOOR CO.  
Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000022<br>070<br>7100-00 | Pamela S. Schroeder<br>2415 Oakdale Terrace<br>Cary, IL 60013 | Unsecured | | $0.00 | $966.00 | $966.00 |
| 000023<br>070<br>7100-00 | Bonnie H. Karani<br>761 Buena Road<br>Lake Forest, IL 60045 | Unsecured | | $0.00 | $12,936.00 | $12,936.00 |
| 000024<br>070<br>7100-00 | Hoshang R. Karani<br>761 Buena Rd.<br>Lake Forest, IL 60045 | Unsecured | | $0.00 | $12,936.00 | $12,936.00 |
| 000025<br>070<br>7100-00 | Eggers Industries Inc<br>One Eggers Drive<br>P O BOX 88<br>Two Rivers, WI 54241 | Unsecured | | $0.00 | $61,377.70 | $61,377.70 |
| 000026<br>070<br>7100-00 | Boyle & Chase, Inc.<br>72 Chase St.<br>Hingham, MA 02043 | Unsecured | | $0.00 | $38,739.21 | $38,739.21 |
| 000027<br>070<br>7100-00 | Rockwood Manfacturing Co<br>300 Main Street<br>Rockwood PA 15557 | Unsecured | | $0.00 | $16,099.54 | $16,099.54 |
| 000028<br>070<br>7100-00 | Fastenal Company<br>2001 Theurer Blvd<br>P O BOX 976<br>Winona MN 55987 | Unsecured | | $0.00 | $1,405.65 | $1,405.65 |
| 000029<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $21,366.09 | $21,366.09 |
| 000030<br>070<br>7100-00 | Bommer Industries Inc<br>19810 Asheville Highway<br>Landrum, SC 29356 | Unsecured | | $0.00 | $1,165.60 | $1,165.60 |
| 000031<br>070<br>7100-00 | Key Equipment Finance Inc<br>1000 S. McCaslin Blvd<br>Superior, CO 80027 | Unsecured | | $0.00 | $5,756.64 | $5,756.64 |
| 000032<br>070<br>7100-00 | Alice Youman<br>2494 N. Old Pond Rd.<br>Round Lake, IL 60073 | Unsecured | | $0.00 | $5,000.00 | $5,000.00 |
| 000033<br>070<br>7100-00 | Ryan Pfeiffer<br>31 Washington Blvd., Unit 208<br>Mundelein, IL 60060 | Unsecured | | $0.00 | $5,071.95 | $5,071.95 |
| 000034<br>070<br>7100-00 | John Perez<br>4317 32nd Avenue<br>Kenosha, WI 53144 | Unsecured | | $0.00 | $5,289.00 | $5,289.00 |

CREGIS2  UST Form 101-7-TFR (5/1/2011) *(Page: 12)*  Printed: 05/15/15 11:12 AM  Ver: 18.04c

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 4 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: May 15, 2015 |

Case Number:  09-17518  
Debtor Name:  COLEMAN FIRE PROOF DOOR CO.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000036 070 7100-00 | Melissa Perez 620 Key Largo Drive Fox Lake, IL 60020 | Unsecured | | $0.00 | $2,162.40 | $2,162.40 |
| 000035 050 4210-00 | American Chartered Bank c/o Fuchs & Roselli, Ltd., 440 W Randolph STreet Suite 500 Chicago, Illinois 60606 | Secured | | $0.00 | $2,204,471.80 | $2,204,471.80 |
| | Case Totals: | | | $0.00 | $4,465,604.17 | $4,465,604.17 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-17518
Case Name: COLEMAN FIRE PROOF DOOR CO.
Trustee Name: JOSEPH E. COHEN

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000035 | American Chartered Bank c/o Fuchs & Roselli, Ltd., 440 W Randolph STreet Suite 500 Chicago, Illinois 60606 | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Ford Motor Credit Company LLC<br>P O Box 537901<br>Livonia MI 48153-9905 | $ | $ | $ |
| 000002 | Ryder Truck Rental Inc<br>Atten: Jennifer Morris<br>6000 Windward Parkway<br>Alpharetta, GA 30005 | $ | $ | $ |
| 000003 | Ryder Truck Rental Inc<br>Atten: Jennifer Morris<br>6000 Windward Parkway<br>Alpharetta, GA 30005 | $ | $ | $ |
| 000004 | Krusinski Construction Company<br>c/o Gary Dupuis<br>2107 Swift Drive<br>Oak Brook, Illinois 60523 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | United Parcel Service<br>C/O RMS Bankruptcy Recovery Services<br>Po Box 4396<br>Timonium, Maryland 21094 | $ | $ | $ |
| 000006 | Underwriters Laboratories Inc.<br>333 Pfingsten Road<br>Northbrook, IL 60062-2096 | $ | $ | $ |
| 000007 | Graham Mfg<br>c/o Assa Abloy<br>110 Sargent Drive<br>New Haven, CT 06511 | $ | $ | $ |
| 000008 | Door Group Services Center<br>110 Sargent Drive<br>New Haven, CT 06511 | $ | $ | $ |
| 000009 | Yale Security Inc.<br>c/o ASSA Abloy-Attn: Dave Ambrosini<br>110 Sargent Dr.<br>New Haven, CT 06511 | $ | $ | $ |
| 000010 | Corbin Russwin<br>c/o ASSA Abloy-Attn: Dave Ambrosini<br>110 Sargent Dr.<br>New Haven, CT 06511 | $ | $ | $ |
| 000011 | McKinney Products Co.<br>c/o ASSA Abloy-Attn: Dave Ambrosini<br>110 Sargent Dr.<br>New Haven, CT 06511 | $ | $ | $ |
| 000012 | Sargent Manufacturing Co.<br>c/o ASSA Abloy-Attn: Dave Ambrosini<br>110 Sargent Dr.<br>New Haven, CT 06511 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | AAssa - Curries Company c/o ASSA Abloy-Attn: Dave Ambrosini 110 Sargent Dr. New Haven, CT 06511 | $ | $ | $ |
| 000014 | Ceco Door c/o ASSA Abloy-Attn: Dave Ambrosini 110 Sargent Dr. New Haven, CT 06511 | $ | $ | $ |
| 000015A | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | $ | $ | $ |
| 000015B | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | $ | $ | $ |
| 000016 | Hager Companies 139 Victor St. Saint Louis, MO 63104-4736 | $ | $ | $ |
| 000017 | Advanced Information Consulting Inc 3016 North Lake Terrace Glenview, IL 60026 | $ | $ | $ |
| 000018 | Akron Hardware Consultants, Inc. 1100 Killian Rd. Akron, OH 44312 | $ | $ | $ |
| 000019 | Wikk Industries, Inc. POB 167 Greendale Wisconsin 53129 | $ | $ | $ |

UST Form 101-7-TFR (5/1/2011) *(Page: 17)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000020A | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | $ | $ | $ |
| 000021A | Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | $ | $ | $ |
| 000022 | Pamela S. Schroeder<br>2415 Oakdale Terrace<br>Cary, IL 60013 | $ | $ | $ |
| 000023 | Bonnie H. Karani<br>761 Buena Road<br>Lake Forest, IL 60045 | $ | $ | $ |
| 000024 | Hoshang R. Karani<br>761 Buena Rd.<br>Lake Forest, IL 60045 | $ | $ | $ |
| 000025 | Eggers Industries Inc<br>One Eggers Drive<br>P O BOX 88<br>Two Rivers, WI 54241 | $ | $ | $ |
| 000026 | Boyle & Chase, Inc.<br>72 Chase St.<br>Hingham, MA 02043 | $ | $ | $ |
| 000027 | Rockwood Manfacturing Co<br>300 Main Street<br>Rockwood PA 15557 | $ | $ | $ |
| 000028 | Fastenal Company<br>2001 Theurer Blvd<br>P O BOX 976<br>Winona MN 55987 | $ | $ | $ |
| 000029 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000030 | Bommer Industries Inc<br>19810 Asheville Highway<br>Landrum, SC 29356 | $ | $ | $ |
| 000031 | Key Equipment Finance Inc<br>1000 S. McCaslin Blvd<br>Superior, CO 80027 | $ | $ | $ |
| 000032 | Alice Youman<br>2494 N. Old Pond Rd.<br>Round Lake, IL 60073 | $ | $ | $ |
| 000033 | Ryan Pfeiffer<br>31 Washington Blvd., Unit 208<br>Mundelein, IL 60060 | $ | $ | $ |
| 000034 | John Perez<br>4317 32nd Avenue<br>Kenosha, WI 53144 | $ | $ | $ |
| 000036 | Melissa Perez<br>620 Key Largo Drive<br>Fox Lake, IL 60020 | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE