UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
COLEMAN FIRE PROOF DOOR CO.           §        Case No. 09-17518
                                      §
                                      §
        Debtor(s)                     §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF BANKRUPTCY COURT
219 S. Dearborn Street, Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 07/31/2015 in Courtroom ,

  North Branch Court
  1792 Nicole Lane
  Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: _____
                                        Clerk, U.S. Bankruptcy Court


JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § § | |
| COLEMAN FIRE PROOF DOOR CO. | § § § | Case No. 09-17518 |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

The Final Report shows receipts of                                      $

and approved disbursements of                                           $

leaving a balance on hand of[1]                                         $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000035 | American Chartered Bank c/o Fuchs & Roselli, Ltd., 440 W Randolph STreet Suite 500 Chicago, Illinois 60606 | $ | $ | $ | $ |

Total to be paid to secured creditors                                   $_____

Remaining Balance                                                       $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance        $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Ford Motor Credit Company LLC<br>P O Box 537901<br>Livonia MI 48153-9905 | $ | $ | $ |
| 000002 | Ryder Truck Rental Inc<br>Atten: Jennifer Morris<br>6000 Windward Parkway<br>Alpharetta, GA 30005 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Ryder Truck Rental Inc<br>Atten: Jennifer Morris<br>6000 Windward Parkway<br>Alpharetta, GA 30005 | $ | $ | $ |
| 000004 | Krusinski Construction Company<br>c/o Gary Dupuis<br>2107 Swift Drive<br>Oak Brook, Illinois 60523 | $ | $ | $ |
| 000005 | United Parcel Service<br>C/O RMS Bankruptcy Recovery Services<br>Po Box 4396<br>Timonium, Maryland 21094 | $ | $ | $ |
| 000006 | Underwriters Laboratories Inc.<br>333 Pfingsten Road<br>Northbrook, IL 60062-2096 | $ | $ | $ |
| 000007 | Graham Mfg<br>c/o Assa Abloy<br>110 Sargent Drive<br>New Haven, CT 06511 | $ | $ | $ |
| 000008 | Door Group Services Center<br>110 Sargent Drive<br>New Haven, CT 06511 | $ | $ | $ |
| 000009 | Yale Security Inc.<br>c/o ASSA Abloy-Attn: Dave Ambrosini<br>110 Sargent Dr.<br>New Haven, CT 06511 | $ | $ | $ |
| 000010 | Corbin Russwin<br>c/o ASSA Abloy-Attn: Dave Ambrosini<br>110 Sargent Dr.<br>New Haven, CT 06511 | $ | $ | $ |
| 000011 | McKinney Products Co.<br>c/o ASSA Abloy-Attn: Dave Ambrosini<br>110 Sargent Dr.<br>New Haven, CT 06511 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Sargent Manufacturing Co.<br>c/o ASSA Abloy-Attn: Dave Ambrosini<br>110 Sargent Dr.<br>New Haven, CT 06511 | $ | $ | $ |
| 000013 | AAssa - Curries Company<br>c/o ASSA Abloy-Attn: Dave Ambrosini<br>110 Sargent Dr.<br>New Haven, CT 06511 | $ | $ | $ |
| 000014 | Ceco Door<br>c/o ASSA Abloy-Attn: Dave Ambrosini<br>110 Sargent Dr.<br>New Haven, CT 06511 | $ | $ | $ |
| 000015A | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | $ | $ | $ |
| 000015B | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | $ | $ | $ |
| 000016 | Hager Companies<br>139 Victor St.<br>Saint Louis, MO 63104-4736 | $ | $ | $ |
| 000017 | Advanced Information Consulting Inc<br>3016 North Lake Terrace<br>Glenview, IL 60026 | $ | $ | $ |
| 000018 | Akron Hardware Consultants, Inc.<br>1100 Killian Rd.<br>Akron, OH 44312 | $ | $ | $ |
| 000019 | Wikk Industries, Inc.<br>POB 167<br>Greendale Wisconsin 53129 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000020A | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | $ | $ | $ |
| 000021A | Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | $ | $ | $ |
| 000022 | Pamela S. Schroeder<br>2415 Oakdale Terrace<br>Cary, IL 60013 | $ | $ | $ |
| 000023 | Bonnie H. Karani<br>761 Buena Road<br>Lake Forest, IL 60045 | $ | $ | $ |
| 000024 | Hoshang R. Karani<br>761 Buena Rd.<br>Lake Forest, IL 60045 | $ | $ | $ |
| 000025 | Eggers Industries Inc<br>One Eggers Drive<br>P O BOX 88<br>Two Rivers, WI 54241 | $ | $ | $ |
| 000026 | Boyle & Chase, Inc.<br>72 Chase St.<br>Hingham, MA 02043 | $ | $ | $ |
| 000027 | Rockwood Manfacturing Co<br>300 Main Street<br>Rockwood PA 15557 | $ | $ | $ |
| 000028 | Fastenal Company<br>2001 Theurer Blvd<br>P O BOX 976<br>Winona MN 55987 | $ | $ | $ |
| 000029 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |
| 000030 | Bommer Industries Inc<br>19810 Asheville Highway<br>Landrum, SC 29356 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000031 | Key Equipment Finance Inc<br>1000 S. McCaslin Blvd<br>Superior, CO 80027 | $ | $ | $ |
| 000032 | Alice Youman<br>2494 N. Old Pond Rd.<br>Round Lake, IL 60073 | $ | $ | $ |
| 000033 | Ryan Pfeiffer<br>31 Washington Blvd.,<br>Unit 208<br>Mundelein, IL 60060 | $ | $ | $ |
| 000034 | John Perez<br>4317 32nd Avenue<br>Kenosha, WI 53144 | $ | $ | $ |
| 000036 | Melissa Perez<br>620 Key Largo Drive<br>Fox Lake, IL 60020 | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-NFR (10/1/2010) *(Page: 7)*

Prepared By: /s/JOSEPH E. COHEN
                    TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.