# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
COLEMAN FIRE PROOF DOOR CO. §     Case No. 09-17518
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF BANKRUPTCY COURT
219 S. Dearborn Street, Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 07/31/2015 in Courtroom ,

North Branch Court
1792 Nicole Lane
Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: _____
                                     Clerk, U.S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
COLEMAN FIRE PROOF DOOR CO. § Case No. 09-17518
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 81,139.39 |
| and approved disbursements of | $ | 81,139.39 |
| leaving a balance on hand of[1] | $ | 0.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000035 | American Chartered Bank c/o Fuchs & Roselli, Ltd., 440 W Randolph STreet Suite 500 Chicago, Illinois 60606 | $ 2,204,471.80 | $ 2,204,471.80 | $ 0.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 7,306.97 | $ 7,306.97 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 80.51 | $ 80.51 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 0.00 |
| Remaining Balance | $ 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,261,051.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Ford Motor Credit Company LLC<br>P O Box 537901<br>Livonia MI 48153-9905 | $ 5,972.91 | $ 0.00 | $ 0.00 |
| 000002 | Ryder Truck Rental Inc<br>Atten: Jennifer Morris<br>6000 Windward Parkway<br>Alpharetta, GA 30005 | $ 9,425.45 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Ryder Truck Rental Inc<br>Atten: Jennifer Morris<br>6000 Windward Parkway<br>Alpharetta, GA 30005 | $ 2,578.31 | $ 0.00 | $ 0.00 |
| 000004 | Krusinski Construction Company<br>c/o Gary Dupuis<br>2107 Swift Drive<br>Oak Brook, Illinois 60523 | $ 70,135.00 | $ 0.00 | $ 0.00 |
| 000005 | United Parcel Service<br>C/O RMS Bankruptcy Recovery Services<br>Po Box 4396<br>Timonium, Maryland 21094 | $ 510.93 | $ 0.00 | $ 0.00 |
| 000006 | Underwriters Laboratories Inc.<br>333 Pfingsten Road<br>Northbrook, IL 60062-2096 | $ 2,081.63 | $ 0.00 | $ 0.00 |
| 000007 | Graham Mfg<br>c/o Assa Abloy<br>110 Sargent Drive<br>New Haven, CT 06511 | $ 218,358.06 | $ 0.00 | $ 0.00 |
| 000008 | Door Group Services Center<br>110 Sargent Drive<br>New Haven, CT 06511 | $ 7,548.80 | $ 0.00 | $ 0.00 |
| 000009 | Yale Security Inc.<br>c/o ASSA Abloy-Attn: Dave Ambrosini<br>110 Sargent Dr.<br>New Haven, CT 06511 | $ 259,456.47 | $ 0.00 | $ 0.00 |
| 000010 | Corbin Russwin<br>c/o ASSA Abloy-Attn: Dave Ambrosini<br>110 Sargent Dr.<br>New Haven, CT 06511 | $ 99,511.86 | $ 0.00 | $ 0.00 |
| 000011 | McKinney Products Co.<br>c/o ASSA Abloy-Attn: Dave Ambrosini<br>110 Sargent Dr.<br>New Haven, CT 06511 | $ 74,126.79 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Sargent Manufacturing Co.<br>c/o ASSA Abloy-Attn: Dave Ambrosini<br>110 Sargent Dr.<br>New Haven, CT 06511 | $ 309,730.03 | $ 0.00 | $ 0.00 |
| 000013 | AAssa - Curries Company<br>c/o ASSA Abloy-Attn: Dave Ambrosini<br>110 Sargent Dr.<br>New Haven, CT 06511 | $ 866,371.46 | $ 0.00 | $ 0.00 |
| 000014 | Ceco Door<br>c/o ASSA Abloy-Attn: Dave Ambrosini<br>110 Sargent Dr.<br>New Haven, CT 06511 | $ 68,641.06 | $ 0.00 | $ 0.00 |
| 000015A | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | $ 493.96 | $ 0.00 | $ 0.00 |
| 000015B | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | $ 299.00 | $ 0.00 | $ 0.00 |
| 000016 | Hager Companies<br>139 Victor St.<br>Saint Louis, MO 63104-4736 | $ 10,433.17 | $ 0.00 | $ 0.00 |
| 000017 | Advanced Information Consulting Inc<br>3016 North Lake Terrace<br>Glenview, IL 60026 | $ 1,035.00 | $ 0.00 | $ 0.00 |
| 000018 | Akron Hardware Consultants, Inc.<br>1100 Killian Rd.<br>Akron, OH 44312 | $ 13,548.13 | $ 0.00 | $ 0.00 |
| 000019 | Wikk Industries, Inc.<br>POB 167<br>Greendale Wisconsin 53129 | $ 365.24 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000020A | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | $ 32,513.60 | $ 0.00 | $ 0.00 |
| 000021A | Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | $ 17,643.22 | $ 0.00 | $ 0.00 |
| 000022 | Pamela S. Schroeder<br>2415 Oakdale Terrace<br>Cary, IL 60013 | $ 966.00 | $ 0.00 | $ 0.00 |
| 000023 | Bonnie H. Karani<br>761 Buena Road<br>Lake Forest, IL 60045 | $ 12,936.00 | $ 0.00 | $ 0.00 |
| 000024 | Hoshang R. Karani<br>761 Buena Rd.<br>Lake Forest, IL 60045 | $ 12,936.00 | $ 0.00 | $ 0.00 |
| 000025 | Eggers Industries Inc<br>One Eggers Drive<br>P O BOX 88<br>Two Rivers, WI 54241 | $ 61,377.70 | $ 0.00 | $ 0.00 |
| 000026 | Boyle & Chase, Inc.<br>72 Chase St.<br>Hingham, MA 02043 | $ 38,739.21 | $ 0.00 | $ 0.00 |
| 000027 | Rockwood Manfacturing Co<br>300 Main Street<br>Rockwood PA 15557 | $ 16,099.54 | $ 0.00 | $ 0.00 |
| 000028 | Fastenal Company<br>2001 Theurer Blvd<br>P O BOX 976<br>Winona MN 55987 | $ 1,405.65 | $ 0.00 | $ 0.00 |
| 000029 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 21,366.09 | $ 0.00 | $ 0.00 |
| 000030 | Bommer Industries Inc<br>19810 Asheville Highway<br>Landrum, SC 29356 | $ 1,165.60 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000031 | Key Equipment Finance Inc<br>1000 S. McCaslin Blvd<br>Superior, CO 80027 | $ 5,756.64 | $ 0.00 | $ 0.00 |
| 000032 | Alice Youman<br>2494 N. Old Pond Rd.<br>Round Lake, IL 60073 | $ 5,000.00 | $ 0.00 | $ 0.00 |
| 000033 | Ryan Pfeiffer<br>31 Washington Blvd., Unit 208<br>Mundelein, IL 60060 | $ 5,071.95 | $ 0.00 | $ 0.00 |
| 000034 | John Perez<br>4317 32nd Avenue<br>Kenosha, WI 53144 | $ 5,289.00 | $ 0.00 | $ 0.00 |
| 000036 | Melissa Perez<br>620 Key Largo Drive<br>Fox Lake, IL 60020 | $ 2,162.40 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors       $           0.00

Remaining Balance                                            $           0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                                United States Bankruptcy Court
                                Northern District of Illinois
In re:                                                                         Case No. 09-17518-ABG
Coleman Fire Proof Door Co.                                                    Chapter 7
          Debtor                      CERTIFICATE OF NOTICE
District/off: 0752-1           User: mflowers                Page 1 of 4               Date Rcvd: Jul 02, 2015
                               Form ID: pdf006               Total Noticed: 147


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2015.
db             +Coleman Fire Proof Door Co.,    28392 Ballard Dr.,    Lake Forest, IL 60045-4507
13916397       +AAssa - Corbin Russwin,    c/o ASSA Abloy-Attn: Dave Ambrosini,    110 Sargent Dr.,
                 New Haven, CT 06511-5918
13916398       +AAssa - Curries Company,    c/o ASSA Abloy-Attn: Dave Ambrosini,    110 Sargent Dr.,
                 New Haven, CT 06511-5918
13916399       +AAssa - Graham Manufacturing Co.,    c/o ASSA Abloy-Attn: Dave Ambrosini,    110 Sargent Dr.,
                 New Haven, CT 06511-5918
13916400       +AAssa - McKinney,   c/o ASSA Abloy-Attn: Dave Ambrosini,    110 Sargent Dr.,
                 New Haven, CT 06511-5918
13916401       +AAssa - Norton Security,    c/o ASSA Abloy-Attn: Dave Ambrosini,    110 Sargent Dr.,
                 New Haven, CT 06511-5918
13916402       +AAssa - Rixon Security Inc.,    c/o ASSA Abloy-Attn: Dave Ambrosini,    110 Sargent Dr.,
                 New Haven, CT 06511-5918
13916403       +AAssa - Safgent Manufacturing Co.,    c/o ASSA Abloy-Attn: Dave Ambrosini,    110 Sargent Dr.,
                 New Haven, CT 06511-5918
13916404       +Accurate Lock & Hardware,    1 Annie Place,    Stamford, CT 06902-5503
13916405        Accurate Radiation Sheilding,    2-6 C;eve;amd St.,    Cary, IL 60013
13916407       +Advanced Information Consulting,    210 Lincoln St.,    Glenview, IL 60025-4919
18419097       +Advanced Information Consulting Inc,    3016 North Lake Terrace,    Glenview, IL 60026-1335
13916409       +Airgas Safety,    1212 Belvidere St.,    Waukegan, IL 60085-6204
13916410       +Akron Hardware Consultants, Inc.,    1100 Killian Rd.,    Akron, OH 44312-4730
13916411       +Alarm Lock Systems,    345 Bayview Ave.,    Amityville, NY 11701-2801
13916531       +Alice Youman,    2494 N. Old Pond Rd.,    Round Lake, IL 60073-4033
13916412       +American Chartered Bank,    c/o Fuchs & Roselli, Ltd.,,    440 W Randolph STreet Suite 500,
                 Chicago, Illinois 60606-1554
18738464        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13916413        American Express Business Platinum,    Box 0001,    Los Angeles, CA 90096-0001
13916414        American ExpressPlatinum,    Box 0001,    Los Angeles, CA 90096-0001
13916415       +American Gases Corp.,    3949 Grove Ave.,    Gurnee, IL 60031-2118
13916416       +American Millwork Hardware Inc.,    4505 W. Woolworth Ave.,    Milwaukee, WI 53218-1414
13916417       +Anemostat,   1220 Walson Center Rd.,     Carson, CA 90745-4206
13916419       +Architectural Control Systems,    10666 Gateway Blvd.,    Saint Louis, MO 63132-1802
13916421       +Automatic Data Processing,    100 Northwest Point Blvd.,    Elk Grove Village, IL 60007-1018
13916422       +Baldwin Hardware Corp.,    13212 Collections Center Dr.,    Chicago, IL 60693-0132
13916423       +Blue Cross Blue Shield,    300 E. Randolph,    Chicago, IL 60601-5099
13916424       +Bommer Industries,    PO Box 187,   Landrum, SC 29356-0187
18753616       +Bommer Industries Inc,    19810 Asheville Highway,    Landrum, SC 29356-9027
13916467       +Bonnie H. Karani,    1479 NORTH MILWAUKEE AVENUE,    UNIT 213,   LIBERTYVILLE, IL 60048-1365
13916425        Boyle & Chase, Inc.,    72 Chase St.,    Hingham, MA 02043
13916426       +Bradley Road Industrial,    600 E. 96th St., #100,    Indianapolis, IN 46240-3792
13916427       +Brown, Kaplan & Liss LLP,    500 Davis St., #502,    Evanston, IL 60201-4621
13916428        Canon,   PO Box,    Carol Stream, IL 60197-4004
13916532       +Carlos Zepeda,    624 Sherman Ave.,    Elgin, IL 60120-6749
13916429       +Ceco Door,    c/o ASSA Abloy-Attn: Dave Ambrosini,    110 Sargent Dr.,   New Haven, CT 06511-5918
13916431        Chase Visa,    O Box 15153,   Wilmington, DE 19886-5153
13916432        Chase Visa,    PO Box 15153,   Wilmington, DE 19886-5753
13916433       +Chizuco Coleman,    N 9110 11th Drive,    Westfield, WI 53964-8593
13916474       +Christopher Little,    876 Red Hawk Drive,    Antioch, IL 60002-2851
13916434       +Cita AAdvantage World MasterCard,    Citi Cards,    PO Box 688909,    Des Moines, IA 50368
13916435       +Clark Security Products,    10390 Shady Trail, #104,    Dallas, TX 75220-4444
13916436        Comerica Bank,    PO Box 650282MC6512,    Dallas, TX 75265-0282
13916437       +Comerica Mastercard,    PO Box 790308,    Saint Louis, MO 63179-0308
13916438       +Commonwealth Edison,    Bill Payment Center,    230 S. Dearborn St.,   Chicago, IL 60604-1505
13916439       +Corbin Russwin,    c/o ASSA Abloy-Attn: Dave Ambrosini,    110 Sargent Dr.,
                 New Haven, CT 06511-5918
13916440       +Curries Company,    c/o ASSA Abloy-Attn: Dave Ambrosini,    110 Sargent Dr.,
                 New Haven, CT 06511-5918
13916441       +Curries Sherman,    c/o ASSA Abloy-Attn: Dave Ambrosini,    110 Sargent Dr.,
                 New Haven, CT 06511-5918
13916530       +David Yankee,    22254 86th Street,    Salem, WI 53168-9396
13916442        Don-Jo Mfg.,    PO Box,   Sterling, MA 01564-0929
13916443       +Door Concepts of IL,    14335 S. VanDyke Rd., #101,    Plainfield, IL 60544-3606
14540349       +Door Group Services Center,    110 Sargent Drive,    New Haven, CT 06511-5918
13916444       +Dugmore & Duncan Inc.,    30 Pond Park Rd.,    Hingham, MA 02043-4329
13916445       +Dunbarton Corporation,    PO Box 8577,    Dothan, AL 36304-0577
13916446        Eggers Industries,    One Eggers Dr.,    Two Rivers, WI 54241
13936555      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company LLC,     P O Box 537901,
                 Livonia  MI  48153-9905)
18731860       +Fastenal Company,    2001 Theurer Blvd,    P O BOX 976,   Winona MN 55987-0976
13916448        Fastenal Ind. and Const. Supplies,    PO Box 978,    Winona, MN 55987-0978
13916449       +Fastrack Hardware Inc.,    W165 N. 5690 Continental,    Menomonee Falls, WI 53051-5663
13916450        Ford Motor Credit,    PO Box 790093,    Saint Louis, MO 63179-0093
13916452       +Fort Dearborn Life Insurance Co,    36788 Eagle Way,    Chicago, IL 60678-1367
```

```
District/off: 0752-1            User: mflowers              Page 2 of 4                   Date Rcvd: Jul 02, 2015
                                Form ID: pdf006             Total Noticed: 147

13916453       +Fox Valley Fire & Safety Co.,    2730 Pinnacle Dr.,    Elgin, IL 60124-7943
13916454       +Frameworks Mfg. Inc.,    3801 Yale St.,    Houston, TX 77018-6565
13916408       +George Aguirre,    3240 W. 65th Place,    Chicago, IL 60629-3418
13916458       +Graham Mfg,    c/o Assa Abloy,    110 Sargent Drive,    New Haven, CT 06511-5918
13916459       +Grange Insurance,    PO Box 740604,    Cincinnati, OH 45274-0604
13916464       +HBSSK Properties LLC,    761 Buena Rd.,    Lake Forest, IL 60045-4402
13916461       +Hafele America Co.,    3901 Cheyenne Dr.,    Archdale, NC 27263-3157
13916462        Hager Companies,    139 Victor St.,    Saint Louis, MO 63104-4736
13916463       +Hanchett Entry Systems Inc.,    22630 N. 17th Ave.,    Phoenix, AZ 85027-1303
13916469       +Hoshang R. Karani,    1479 NORTH MILWAUKEE AVENUE,    UNIT 213,    LIBERTYVILLE, IL 60048-1365
18467739        Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
13916466        Illinois Dept of Revenue,    Retailer's Occupation Tax,    Springfield, IL 62796-0001
13916519     +++Internal Revenue Service,    P O Box 7346,    Philadelphia, PA 19101-7346
13916489       +Jesus Ortiz,    4954 N. Seeley,    Chicago, IL 60625-1314
13916486       +John O'Neill,    2485 Old Pond Road,    Round Lake, IL 60073-4036
13916492       +John Perez,    4317 32nd Avenue,    Kenosha, WI 53144-1917
13916482       +Jose Navarro,    3139 N. Kilpatrick,    Chicago, IL 60641-5241
13916490       +Joseph Parrilli,    38669 N. Hilltop,    Antioch, IL 60002-9630
13916457       +Juan Gonzalez,    3849 N. Sawyer,    Chicago, IL 60618-4421
13916460       +Judd Greenstein,    2645 Park Lane,    Glenview, IL 60025-2726
13916470        Key Equipment,    Denver, CO
13916472        Komar,   4625 2nd Ave.,    Schiller Park, IL 60176
14093707       +Krusinski Construction Company,    c/o Gary Dupuis,    2107 Swift Drive,
                 Oak Brook, Illinois 60523-0979
13916476       +Lund Equipment Co.,    PO Box 213,    Bath, OH 44210-0213
13916477       +McKinney Products Co.,    c/o ASSA Abloy-Attn: Dave Ambrosini,    110 Sargent Dr.,
                 New Haven, CT 06511-5918
13916493       +Melissa Perez,    620 Key Largo Drive,    Fox Lake, IL 60020-2119
13916478        Met Life,   PO Box 804466,    Kansas City, MO 64180-4466
13916479       +Midwest Wholesale Hardware,    1000 N. Century Ave.,    Kansas City, MO 64120-1903
13916480       +Much Shelist,    35335 Eagle Way,    Chicago, IL 60678-1353
13916481       +National Guard Products, Inc.,    4985 E. Raines Rd.,    Memphis, TN 38118-7024
13916475       +Nick Llanas,    7520 24th Avene,    Kenosha, WI 53143-5706
13916484      #+NorthShore Business Technology,    9114 58th Place,    Kenosha, WI 53144-7815
13916485       +Norton,   c/o Assa Abloy,    110 Sargent Dr.,    New Haven, CT 06511-5918
13916487       +OP Office Plus,    1428 Glen Flora,    Waukegan, IL 60085-1717
13916505       +Pamela S. Schroeder,    2415 Oakdale Terrace,    Cary, IL 60013-1605
13916495       +Poncraft Door Co.,    2005 Pontiac Rd.,    Auburn Hills, MI 48326-2481
13916496        Quill Corporation,    PO Box 37600,    Philadelphia, PA 19101-0600
13916497       +Ralph C. Hardesty,    55 W. Monroe, #3720,    Chicago, IL 60603-5011
13916498       +Reese Enterprises, Inc.,    16350 Asher Ave.,    Rosemount, MN 55068-6000
13916499       +Rixson,    c/o ASSA Abloy-Attn: Dave Ambrosini,    110 Sargent Dr.,    New Haven, CT 06511-5918
13916500        Rockwood,    PO Box 644489,    Pittsburgh, PA 15264-4489
18640299       +Rockwood Manfacturing Co,    300 Main Street,    Rockwood PA 15557-1023
13916494       +Ryan Pfeiffer,    31 Washington Blvd., Unit 208,    Mundelein, IL 60060-3074
13916501       +Ryder Transportation Service,    PO Box 96723,    Chicago, IL 60693-6723
13916502       +Ryder Truck,    PO Box 95-726,    Chicago, IL 60693-0001
13916504       +Saflok,    8100 Chancellor Dr.,    Orlando, FL 32809-7645
13916503       +Sargent Manufacturing Co.,    c/o ASSA Abloy-Attn: Dave Ambrosini,    110 Sargent Dr.,
                 New Haven, CT 06511-5918
13916528       +Scot Witt,    7945 Dunhill Drive,    Village of Lakewood, IL 60014-6663
13916506        Sears Premier Gold MasterCard,    Sears Credit Cards,    PO Box 183082,    Columbus, OH 43218-3082
13916507        Security Door Controls,    3580 Willow Lane,    Westlake Village, CA 91361-4921
13916508       +Security Lock Distributors,    PO Box 95,    Westwood, MA 02090-0095
13916510        Stanley Hardware,    Dept. AT 40124,    Atlanta, GA 31192-0124
13916511        Stanley Security Solutions,    Dept. CH 14210,    Palatine, IL 60055-4210
13916512       +Stark Printing Company,    37 Sherwood Terr.,    Lake Bluff, IL 60044-2228
13916513        Stock Building Supply,    1357 Collection Ctr.,    Chicago, IL 60693-0132
13916514        TE/GE Group 7637RB 'MC4915CH1',    Attn: Robert Blackmon, Jr.,    120 S. Dearborn St.,
                 Chicago, IL 60604-1504
13916515       +TEE Jay Service Co. Inc.,    951 N. Raddant Rd.,    Batavia, IL 60510-4216
13916516       +Tiger Door,    PO Box 700,    Indiana, PA 15701-0700
13916517       +Torstenson Glass,    3233 N. Sheffield Ave.,    Chicago, IL 60657-2271
13916518       +Twin City Hardware,    723 Hadley Ave. N.,    Saint Paul, MN 55128-6205
13916523        UPS,   Lock Box 577,    Carol Stream, IL
14185680       +United Parcel Service,    C/O RMS Bankruptcy Recovery Services,    Po Box 4396,
                 Timonium, Maryland 21094-4396
13916522       +United States Fire Protection, Inc.,    28427 N. Ballard Dr., Unit H,
                 Lake Forest, IL 60045-4542
13916533       +Vincent Zepeda,    609 Heather Terrace,    Round Lake, IL 60073-2265
13916526        WIKK Industries Inc.,    61698 Industrial Ct.,    Greendale, WI 53129-0167
13916524        Waste Management North,    PO Box 4648,    Carol Stream, IL 60197-4648
13916525       +Waukegan Steel Sales,    1201 Belvidere St.,    Waukegan, IL 60085-6297
18464211       +Wikk Industries, Inc.,    POB 167,    Greendale Wisconsin 53129-0167
13916527        Wildman Harrold Allen & Dixon LLP,    2525 W. Wacker Dr.,    Chicago, IL 60606-1229
13916529       +Yale Security Inc.,    c/o ASSA Abloy-Attn: Dave Ambrosini,    110 Sargent Dr.,
                 New Haven, CT 06511-5918
13916534       +Zero International,    415 Concord Av.e,    Bronx, NY 10455-4801
13916456        gNeil,    PO Box 451179,    Fort Lauderdale, FL 33345-1179
```

```
District/off: 0752-1           User: mflowers              Page 3 of 4                  Date Rcvd: Jul 02, 2015
                               Form ID: pdf006             Total Noticed: 147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13916420       E-mail/Text: g17768@att.com Jul 03 2015 00:33:30      AT&T,   PO Box 8100,
                Aurora, IL 60507-8100
13916418      +E-mail/Text: abhinfo@abhmfg.com Jul 03 2015 00:34:06       Architectural Builders Hardware Mfg,
                1222 Andmore Ave.,    Itasca, IL 60143-1141
18595214      +Fax: 920-793-2958 Jul 03 2015 00:49:44      Eggers Industries Inc,   One Eggers Drive,
                P O BOX 88,   Two Rivers, WI 54241-0088
13916451      +E-mail/Text: george.hickmann@forms-surfaces.com Jul 03 2015 00:33:47       Forms & Surfaces,
                30 Pine St.,   Pittsburgh, PA 15223-1919
13916465       E-mail/Text: bankruptcy@water.com Jul 03 2015 00:34:00       Hinckley Springs,   PO Box 660579,
                Dallas, TX 75266-0579
15493479      +E-mail/Text: des.claimantbankruptcy@illinois.gov Jul 03 2015 00:35:13
                Illinois Department of Employment Security,    33 South State Street,
                Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
13916471      +E-mail/Text: rita.robles@key.com Jul 03 2015 00:33:45       Key Equipment Finance,
                11030 Circle Point Rd., 2nd,    Broomfield, CO 80020-2775
18771419      +E-mail/Text: rita.robles@key.com Jul 03 2015 00:33:45       Key Equipment Finance Inc,
                1000 S. McCaslin Blvd,    Superior, CO 80027-9437
13916473      +E-mail/Text: sdvorak@lakecountyil.gov Jul 03 2015 00:33:19       Lake County Collector,
                18 N. Country St., #102,    Waukegan, IL 60085-4361
13916483       E-mail/Text: ucmail@northshoresanitary.org Jul 03 2015 00:33:51
                North Shore Sanitary District,    PO Box 2140,   Bedford Park, IL 60499-2140
13916491       E-mail/Text: eric.vanlent@assaabloy.com Jul 03 2015 00:34:42       PEMKO,   PO Box 31001-1250,
                Pasadena, CA 91110-1250
14044192      +E-mail/Text: jennifer_morris@ryder.com Jul 03 2015 00:33:39       Ryder Truck Rental Inc,
                Atten: Jennifer Morris,    6000 Windward Parkway,   Alpharetta, GA 30005-4181
13916520      +E-mail/Text: ulinecollections@uline.com Jul 03 2015 00:34:33       ULine,   2200 S. Lakeside Dr.,
                Waukegan, IL 60085-8311
13916521       E-mail/Text: legal.department@us.ul.com Jul 03 2015 00:35:25       Underwriters Laboratories Inc.,
                333 Pfingsten Road,   Northbrook,IL 60062-2096
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13916406      ##+Adams Rite Mfg. Co.,    260 Santa Fe St.,   Pomona, CA 91767-2116
13916430      ##+Century Door & Lock Co., Ltd.,    1301 Landmeier Rd.,   Elk Grove Village, IL 60007-2411
13916447      ##+Elizer & Meyerson, LLC,    900 Skokie Blvd., #100,   Northbrook, IL 60062-4014
13916455      ##+Frascio International, LLC,    8904 Bash St., Suite 'J',   Indianapolis, IN 46256-7211
13916468      ##+Hoshang  and Bonnie Karani,    761 Buena Rd.,   Lake Forest, IL 60045-4402
13916488      ##+Juan Ornelas,   37270 N. Capillo Avenue,    Lake Villa, IL 60046-7705
13916509      ##+Security Metal Products,    5700 Hannum Ave.,   Culver City, CA 90230-6548
                                                                                              TOTALS: 0, * 0, ## 7
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2015                                    Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: mflowers              Page 4 of 4                 Date Rcvd: Jul 02, 2015
                              Form ID: pdf006             Total Noticed: 147
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2015 at the address(es) listed below:
              Christopher H Purcell    on behalf of Creditor    Ford Motor Credit Company LLC shermlaw13@aol.com
              Darryl  Tom    on behalf of Creditor    Comerica Bank darryl_tom@gshllp.com,
               jeffrey_krill@gshllp.com;angie_rozanski@gshllp.com;vincent_vigil@gshllc.com
              Eugene  Crane    on behalf of Debtor    Coleman Fire Proof Door Co. ecrane@craneheyman.com,
               jmunoz@craneheyman.com;dkobrynski@craneheyman.com;gheyman@craneheyman.com
              Gina B Krol, ESQ    on behalf of Trustee Joseph E Cohen gkrol@cohenandkrol.com,
               gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Joseph E Cohen    jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
              Joseph E Cohen    on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Tejal S. Desai    on behalf of Creditor    American Chartered Bank tdesai@frltd.com,
               blanglois@llflegal.com
              William R. Brodzinski    on behalf of Creditor    Great Lakes Credit Union
               wbrodzinski@leechtishman.com
              Yan  Teytelman    on behalf of Trustee Joseph E Cohen yan@ytlawfirm.com,  law_4321@yahoo.com
                                                                                             TOTAL: 10
```