# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| COLEMAN FIRE PROOF DOOR CO. | § | Case No. 09-17518 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,452,234.76 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants:  69,778.05 | Claims Discharged Without Payment:  5,484,622.39 |
| Total Expenses of Administration:  11,361.34 | |

3) Total gross receipts of $ 81,139.39  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 81,139.39  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 4,304,650.74 | $ 2,274,249.85 | $ 2,274,249.85 | $ 69,778.05 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 11,361.34 | 11,361.34 | 11,361.34 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 103,499.81 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,914,386.72 | 2,261,051.86 | 2,261,051.86 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 7,322,537.27 | $ 4,546,663.05 | $ 4,546,663.05 | $ 81,139.39 |

4)  This case was originally filed under chapter 7 on  05/14/2009 .  The case was pending for 80 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/07/2015                    By:/s/JOSEPH E. COHEN
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Accounts receivable | 1121-000 | 64,800.71 |
| Checking account at American Charter Bank a/c #xxx | 1129-000 | 4,000.00 |
| REFUND | 1229-000 | 1,021.10 |
| Post-Petition Interest Deposits | 1270-000 | 15.81 |
| UTILITY REFUND | 1290-000 | 5,512.82 |
| REFUND | 1290-000 | 5,788.95 |
| **TOTAL GROSS RECEIPTS** | | **$81,139.39** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Chartered Bank 459 S. Rand Rd. Lake Zurich, IL 60047 | | 990,000.00 | NA | NA | 0.00 |
| | American Chartered Bank 459 S. Rand Rd. Lake Zurich, IL 60047 | | 1,226,861.59 | NA | NA | 0.00 |
| | Chizuco Coleman N 9110 11th Drive Westfield, WI 53964 | | 731,255.60 | NA | NA | 0.00 |
| | Comerica Bank PO Box 650282MC6512 Dallas, TX 75265-0282 | | 1,350,716.34 | NA | NA | 0.00 |
| | Ford Motor Credit PO Box 790093 Saint Louis, MO 63179-0093 | | 5,817.21 | NA | NA | 0.00 |
| | AMERICAN CHARTERED BANK | 4210-000 | NA | 69,778.05 | 69,778.05 | 69,778.05 |
| 000035 | AMERICAN CHARTERED BANK | 4210-000 | NA | 2,204,471.80 | 2,204,471.80 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 4,304,650.74 | $ 2,274,249.85 | $ 2,274,249.85 | $ 69,778.05 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | 2100-000 | NA | 7,306.97 | 7,306.97 | 7,306.97 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 87.06 | 87.06 | 87.06 |
| ASSOCIATED BANK | 2600-000 | NA | 540.04 | 540.04 | 540.04 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 461.02 | 461.02 | 461.02 |
| COOKE & LEWIS LTD. | 3410-000 | NA | 2,966.25 | 2,966.25 | 2,966.25 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 11,361.34 | $ 11,361.34 | $ 11,361.34 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alice Youman 2494 N. Old Pond Rd. Round Lake, IL 60073 | | 6,106.80 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bonnie H. Karani 761 Buena Road Lake Forest, IL 60045 | | 10,950.00 | NA | NA | 0.00 |
| | David Yankee 22254 86th Street Salem, WI 53168 | | 6,585.30 | NA | NA | 0.00 |
| | George Aguirre 3240 W. 65th Place Chicago, IL 60629 | | 3,505.82 | NA | NA | 0.00 |
| | Illinois Dept of Revenue Retailer's Occupation Tax Springfield, IL 62796-0001 | | 0.00 | NA | NA | 0.00 |
| | John O'Neill 2485 Old Pond Road Round Lake, IL 60073 | | 5,818.50 | NA | NA | 0.00 |
| | John Perez 4317 32nd Avenue Kenosha, WI 53144 | | 4,407.50 | NA | NA | 0.00 |
| | Jose Navarro 3139 N. Kilpatrick Chicago, IL 60641 | | 4,870.08 | NA | NA | 0.00 |
| | Joseph Parrilli 38669 N. Hilltop Antioch, IL 60002 | | 4,762.48 | NA | NA | 0.00 |
| | Juan Gonzalez 3849 N. Sawyer Chicago, IL 60625 | | 3,227.64 | NA | NA | 0.00 |
| | Judd Greenstein 2645 Park Lane Glenview, IL 60025 | | 1,696.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lake County Collector 18 N. Country St., #102 Waukegan, IL 60085 | | 14,725.64 | NA | NA | 0.00 |
| | Melissa Perez 620 Key Largo Drive Fox Lake, IL 60020 | | 3,052.80 | NA | NA | 0.00 |
| | Nick Llanas 7520 24th Avene Kenosha, WI 53143 | | 4,293.96 | NA | NA | 0.00 |
| | Scot Witt 7945 Dunhill Drive Village of Lakewood, IL 60014 | | 2,310.00 | NA | NA | 0.00 |
| | TE/GE Group 7637RB &quot;MC4915CH1&quot; Attn: Robert Blackmon, Jr. 120 S. Dearborn St. Chicago, IL 60604-1504 | | 0.00 | NA | NA | 0.00 |
| | U.S. Treasury Internal Rev. Service TE/GE Group 7637 RBMC4915CHI 230 S. Dearborn Chicago, IL 60604-1504 | | 10,500.00 | NA | NA | 0.00 |
| | xxx-xx-1999 Christopher Little 876 Red Hawk Drive Antioch, IL 60002 | | 6,538.25 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | xxx-xx-2683 Jesus Ortiz 4954 N. Seeley Chicago, IL 60625 | | 5,375.04 | NA | NA | 0.00 |
| | xxx-xx-3376 Vincent Zepeda 609 Heather Terrace Round Lake, IL 60073 | | 3,808.00 | NA | NA | 0.00 |
| | xxx-xx-9024 Pamela S. Schroeder 2415 Oakdale Terrace Cary, IL 60013 | | 966.00 | NA | NA | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$ 103,499.81** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AAssa - Corbin Russwin c/o ASSA Abloy-Attn: Dave Ambrosini 110 Sargent Dr. New Haven, CT 06511 | | 62,151.05 | NA | NA | 0.00 |
| | AAssa - Curries Company c/o ASSA Abloy-Attn: Dave Ambrosini 110 Sargent Dr. New Haven, CT 06511 | | 447,643.57 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AAssa - Graham Manufacturing Co. c/o ASSA Abloy-Attn: Dave Ambrosini 110 Sargent Dr. New Haven, CT 06511 | | 161,054.53 | NA | NA | 0.00 |
| | AAssa - McKinney c/o ASSA Abloy-Attn: Dave Ambrosini 110 Sargent Dr. New Haven, CT 06511 | | 42,736.85 | NA | NA | 0.00 |
| | AAssa - Norton Security c/o ASSA Abloy-Attn: Dave Ambrosini 110 Sargent Dr. New Haven, CT 06511 | | 65,995.25 | NA | NA | 0.00 |
| | AAssa - Rixon Security Inc. c/o ASSA Abloy-Attn: Dave Ambrosini 110 Sargent Dr. New Haven, CT 06511 | | 10,151.21 | NA | NA | 0.00 |
| | AAssa - Safgent Manufacturing Co. c/o ASSA Abloy-Attn: Dave Ambrosini 110 Sargent Dr. New Haven, CT 06511 | | 135,788.00 | NA | NA | 0.00 |
| | AT&T PO Box 8100 Aurora, IL 60507-8100 | | 2,499.13 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Accurate Lock & Hardware 1 Annie Place Stamford, CT 06902 | | 1,602.53 | NA | NA | 0.00 |
| | Accurate Radiation Sheilding 2-6 C;eve;amd St. Cary, IL 60013 | | 7,860.00 | NA | NA | 0.00 |
| | Adams Rite Mfg. Co. 260 Santa Fe St. Pomona, CA 91767 | | 9,913.10 | NA | NA | 0.00 |
| | Advanced Information Consulting 210 Lincoln St. Glenview, IL 60025 | | 1,035.00 | NA | NA | 0.00 |
| | Airgas Safety 1212 Belvidere St. Waukegan, IL 60085 | | 49.11 | NA | NA | 0.00 |
| | Akron Hardware Consultants, Inc. 1100 Killian Rd. Akron, OH 44312 | | 13,548.13 | NA | NA | 0.00 |
| | Alarm Lock Systems 345 Bayview Ave. Amityville, NY 11701 | | 3,475.03 | NA | NA | 0.00 |
| | American Express Business Platinum Box 0001 Los Angeles, CA 90096-0001 | | 19,281.14 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American ExpressPlatinum Box 0001 Los Angeles, CA 90096-0001 | | 72,114.97 | NA | NA | 0.00 |
| | American Gases Corp. 3949 Grove Ave. Gurnee, IL 60031 | | 379.19 | NA | NA | 0.00 |
| | American Millwork Hardware Inc. 4505 W. Woolworth Ave. Milwaukee, WI 53218 | | 16,849.59 | NA | NA | 0.00 |
| | Anemostat 1220 Walson Center Rd. Carson, CA 90745 | | 667.60 | NA | NA | 0.00 |
| | Architectural Builders Hardware Mfg 1222 Andmore Ave. Itasca, IL 60143 | | 2,691.63 | NA | NA | 0.00 |
| | Architectural Control Systems 10666 Gateway Blvd. Saint Louis, MO 63132 | | 136.01 | NA | NA | 0.00 |
| | Automatic Data Processing 100 Northwest Point Blvd. Elk Grove Village, IL 60007 | | 827.30 | NA | NA | 0.00 |
| | Baldwin Hardware Corp. 13212 Collections Center Dr. Chicago, IL 60693 | | 131.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blue Cross Blue Shield 300 E. Randolph Chicago, IL 60601 | | 7,260.76 | NA | NA | 0.00 |
| | Bommer Industries PO Box 187 Landrum, SC 29356 | | 1,148.44 | NA | NA | 0.00 |
| | Boyle & Chase, Inc. 72 Chase St. Hingham, MA 02043 | | 30,023.87 | NA | NA | 0.00 |
| | Bradley Road Industrial 600 E. 96th St., #100 Indianapolis, IN 46240 | | 151.27 | NA | NA | 0.00 |
| | Brown, Kaplan & Liss LLP 500 Davis St., #502 Evanston, IL 60201 | | 27,000.00 | NA | NA | 0.00 |
| | Ceco Door c/o ASSA Abloy- Attn: Dave Ambrosini 110 Sargent Dr. New Haven, CT 06511 | | 2,174.24 | NA | NA | 0.00 |
| | Century Door & Lock Co., Ltd. 1301 Landmeier Rd. Elk Grove Village, IL 60007 | | 4,816.95 | NA | NA | 0.00 |
| | Chase Visa O Box 15153 Wilmington, DE 19886-5153 | | 14,969.82 | NA | NA | 0.00 |
| | Chase Visa PO Box 15153 Wilmington, DE 19886-5753 | | 25,916.34 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cita AAdvantage World MasterCard Citi Cards PO Box 688909 Des Moines, IA 50368-8909 | | 51,788.45 | NA | NA | 0.00 |
| | Cita AAdvantage World MasterCard Citi Cards PO Box 688909 Des Moines, IA 50368-8909 | | 42,751.15 | NA | NA | 0.00 |
| | Clark Security Products 10390 Shady Trail, #104 Dallas, TX 75220 | | 3,860.58 | NA | NA | 0.00 |
| | Comerica Mastercard PO Box 790308 Saint Louis, MO 63179-0408 | | 23,000.00 | NA | NA | 0.00 |
| | Commonwealth Edison Bill Payment Center 230 S. Dearborn St. Chicago, IL 60604 | | 967.32 | NA | NA | 0.00 |
| | Corbin Russwin c/o ASSA Abloy-Attn: Dave Ambrosini 110 Sargent Dr. New Haven, CT 06511 | | 49,529.86 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Curries Company c/o ASSA Abloy-Attn: Dave Ambrosini 110 Sargent Dr. New Haven, CT 06511 | | 453,502.64 | NA | NA | 0.00 |
| | Curries Sherman c/o ASSA Abloy-Attn: Dave Ambrosini 110 Sargent Dr. New Haven, CT 06511 | | 4,799.74 | NA | NA | 0.00 |
| | Don-Jo Mfg. PO Box Sterling, MA 01564-0929 | | 2,423.07 | NA | NA | 0.00 |
| | Door Concepts of IL 14335 S. VanDyke Rd., #101 Plainfield, IL 60544 | | 12,388.95 | NA | NA | 0.00 |
| | Dugmore & Duncan Inc. 30 Pond Park Rd. Hingham, MA 02043 | | 5,976.42 | NA | NA | 0.00 |
| | Dunbarton Corporation PO Box 8577 Dothan, AL 36304 | | 1,441.23 | NA | NA | 0.00 |
| | Eggers Industries One Eggers Dr. Two Rivers, WI 54241 | | 93,812.10 | NA | NA | 0.00 |
| | Elizer & Meyerson, LLC 900 Skokie Blvd., #100 Northbrook, IL 60062 | | 5,072.94 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fastenal Ind. and Const. Supplies PO Box 978 Winona, MN 55987-0978 | | 125.55 | NA | NA | 0.00 |
| | Fastrack Hardware Inc. W165 N. 5690 Continental Menomonee Falls, WI 53051 | | 288.32 | NA | NA | 0.00 |
| | Forms & Surfaces 30 Pine St. Pittsburgh, PA 15223 | | 15,227.17 | NA | NA | 0.00 |
| | Fort Dearborn Life Insurance Co 36788 Eagle Way Chicago, IL 60678 | | 139.87 | NA | NA | 0.00 |
| | Fox Valley Fire & Safety Co. 2730 Pinnacle Dr. Elgin, IL 60124 | | 255.51 | NA | NA | 0.00 |
| | Frameworks Mfg. Inc. 3801 Yale St. Houston, TX 77018 | | 28,775.50 | NA | NA | 0.00 |
| | Frascio International, LLC 8904 Bash St., Suite &quot;J&quot; Indianapolis, IN 46256 | | 18,607.60 | NA | NA | 0.00 |
| | Graham Mfg c/o Assa Abloy 110 Sargent Drive New Haven, CT 06511 | | 53,646.12 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Grange Insurance PO Box 740604 Cincinnati, OH 45274 | | 6,382.01 | NA | NA | 0.00 |
| | Hafele America Co. 3901 Cheyenne Dr. Archdale, NC 27263-4000 | | 2,050.95 | NA | NA | 0.00 |
| | Hager Companies 139 Victor St. Saint Louis, MO 63104-4736 | | 12,876.14 | NA | NA | 0.00 |
| | Hanchett Entry Systems Inc. 22630 N. 17th Ave. Phoenix, AZ 85027 | | 8,454.21 | NA | NA | 0.00 |
| | Hinckley Springs PO Box 660579 Dallas, TX 75266-0579 | | 55.56 | NA | NA | 0.00 |
| | Hoshang and Bonnie Karani 761 Buena Rd. Lake Forest, IL 60045 | | 167,760.25 | NA | NA | 0.00 |
| | Hoshang and Bonnie Karani 761 Buena Rd. Lake Forest, IL 60045 | | 13,860.00 | NA | NA | 0.00 |
| | Hoshang and Bonnie Karani 761 Buena Rd. Lake Forest, IL 60045 | | 1,524.60 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hoshang and Bonnie Karani 761 Buena Rd. Lake Forest, IL 60045 | | 9,280.00 | NA | NA | 0.00 |
| | Hoshang and Bonnie Karani 761 Buena Rd. Lake Forest, IL 60045 | | 1,020.80 | NA | NA | 0.00 |
| | Key Equipment Finance 11030 Circle Point Rd., 2nd Broomfield, CO 80020 | | 463.54 | NA | NA | 0.00 |
| | Komar 4625 2nd Ave. Schiller Park, IL 60176 | | 841.93 | NA | NA | 0.00 |
| | Lund Equipment Co. PO Box 213 Bath, OH 44210 | | 389.01 | NA | NA | 0.00 |
| | McKinney Products Co. c/o ASSA Abloy-Attn: Dave Ambrosini 110 Sargent Dr. New Haven, CT 06511 | | 37,902.52 | NA | NA | 0.00 |
| | Met Life PO Box 804466 Kansas City, MO 64180-4466 | | 672.48 | NA | NA | 0.00 |
| | Midwest Wholesale Hardware 1000 N. Century Ave. Kansas City, MO 64120 | | 5,041.50 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Much Shelist 35335 Eagle Way Chicago, IL 60678 | | 20,700.00 | NA | NA | 0.00 |
| | National Guard Products, Inc. 4985 E. Raines Rd. Memphis, TN 38175 | | 7,148.14 | NA | NA | 0.00 |
| | North Shore Sanitary District PO Box 2140 Bedford Park, IL 60499-2140 | | 8.55 | NA | NA | 0.00 |
| | NorthShore Business Technology 9114 58th Place Kenosha, WI 53144 | | 127.00 | NA | NA | 0.00 |
| | Norton c/o Assa Abloy 110 Sargent Dr. New Haven, CT 06511 | | 78,221.27 | NA | NA | 0.00 |
| | OP Office Plus 1428 Glen Flora Waukegan, IL 60085 | | 257.77 | NA | NA | 0.00 |
| | PEMKO PO Box 31001-1250 Pasadena, CA 91110-1250 | | 10,543.74 | NA | NA | 0.00 |
| | Poncraft Door Co. 2005 Pontiac Rd. Auburn Hills, MI 48328 | | 61,199.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Quill Corporation PO Box 37600 Philadelphia, PA 19101-0600 | | 770.34 | NA | NA | 0.00 |
| | Ralph C. Hardesty 55 W. Monroe, #3720 Chicago, IL 60603 | | 1,991.08 | NA | NA | 0.00 |
| | Reese Enterprises, Inc. 16350 Asher Ave. Rosemount, MN 55068 | | 457.23 | NA | NA | 0.00 |
| | Rixson c/o ASSA Abloy-Attn: Dave Ambrosini 110 Sargent Dr. New Haven, CT 06511 | | 19,197.55 | NA | NA | 0.00 |
| | Rockwood PO Box 644489 Pittsburgh, PA 15264-4489 | | 22,178.75 | NA | NA | 0.00 |
| | Ryder Transportation Service PO Box 96723 Chicago, IL 60693 | | 3,358.08 | NA | NA | 0.00 |
| | Safgent Manufacturing Co. c/o ASSA Abloy-Attn: Dave Ambrosini 110 Sargent Dr. New Haven, CT 06511 | | 184,731.03 | NA | NA | 0.00 |
| | Saflok 8100 Chancellor Dr. Orlando, FL 32809 | | 23,774.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears Premier Gold MasterCard Sears Credit Cards PO Box 183082 Columbus, OH 43218-3082 | | 858.47 | NA | NA | 0.00 |
| | Security Door Controls 3580 Willow Lane Westlake Village, CA 91361-4921 | | 858.44 | NA | NA | 0.00 |
| | Security Lock Distributors PO Box 95 Westwood, MA 02090 | | 8,792.29 | NA | NA | 0.00 |
| | Security Metal Products 5700 Hannum Ave. Culver City, CA 90230 | | 13,360.00 | NA | NA | 0.00 |
| | Stanley Hardware Dept. AT 40124 Atlanta, GA 31192-0124 | | 5,554.73 | NA | NA | 0.00 |
| | Stanley Security Solutions Dept. CH 14210 Palatine, IL 60055-4210 | | 2,234.58 | NA | NA | 0.00 |
| | Stark Printing Company 37 Sherwood Terr. Lake Bluff, IL 60044 | | 561.47 | NA | NA | 0.00 |
| | Stock Building Supply 1357 Collection Ctr. Chicago, IL 60693-0132 | | 1,302.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | TEE Jay Service Co. Inc. 951 N. Raddant Rd. Batavia, IL 60510-0369 | | 8,550.00 | NA | NA | 0.00 |
| | Tiger Door PO Box 700 Indiana, PA 15701 | | 15,807.65 | NA | NA | 0.00 |
| | Torstenson Glass 3233 N. Sheffield Ave. Chicago, IL 60657-2210 | | 59.13 | NA | NA | 0.00 |
| | Twin City Hardware 723 Hadley Ave. N. Saint Paul, MN 55128 | | 61,442.79 | NA | NA | 0.00 |
| | ULine 2200 S. Lakeside Dr. Waukegan, IL 60085 | | 352.41 | NA | NA | 0.00 |
| | UPS Lock Box 577 Carol Stream, IL | | 533.85 | NA | NA | 0.00 |
| | Underwriters Laboratories Inc. PO Box 75330 Chicago, IL 60675-5330 | | 2,081.63 | NA | NA | 0.00 |
| | United States Fire Protection, Inc. 28427 N. Ballard Dr., Unit H Lake Forest, IL 60045 | | 200.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | WIKK Industries Inc. 61698 Industrial Ct. Greendale, WI 53129-0167 | | 365.24 | NA | NA | 0.00 |
| | Waste Management North PO Box 4648 Carol Stream, IL 60197-4648 | | 467.14 | NA | NA | 0.00 |
| | Waukegan Steel Sales 1201 Belvidere St. Waukegan, IL 60085 | | 1,092.70 | NA | NA | 0.00 |
| | Wildman Harrold Allen & Dixon LLP 2525 W. Wacker Dr. Chicago, IL 60606-1229 | | 5,000.00 | NA | NA | 0.00 |
| | Yale Security Inc. c/o ASSA Abloy-Attn: Dave Ambrosini 110 Sargent Dr. New Haven, CT 06511 | | 19,744.77 | NA | NA | 0.00 |
| | Zero International 415 Concord Av.e Bronx, NY 10455 | | 1,441.21 | NA | NA | 0.00 |
| | gNeil PO Box 451179 Fort Lauderdale, FL 33345-1179 | | 64.49 | NA | NA | 0.00 |
| 000013 | AASSA - CURRIES COMPANY | 7100-000 | NA | 866,371.46 | 866,371.46 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000017 | ADVANCED INFORMATION CONSULTING INC | 7100-000 | NA | 1,035.00 | 1,035.00 | 0.00 |
| 000018 | AKRON HARDWARE CONSULTANTS, INC. | 7100-000 | NA | 13,548.13 | 13,548.13 | 0.00 |
| 000032 | ALICE YOUMAN | 7100-000 | NA | 5,000.00 | 5,000.00 | 0.00 |
| 000029 | AMERICAN EXPRESS BANK, FSB | 7100-000 | NA | 21,366.09 | 21,366.09 | 0.00 |
| 000030 | BOMMER INDUSTRIES INC | 7100-000 | NA | 1,165.60 | 1,165.60 | 0.00 |
| 000023 | BONNIE H. KARANI | 7100-000 | NA | 12,936.00 | 12,936.00 | 0.00 |
| 000026 | BOYLE & CHASE, INC. | 7100-000 | NA | 38,739.21 | 38,739.21 | 0.00 |
| 000014 | CECO DOOR | 7100-000 | NA | 68,641.06 | 68,641.06 | 0.00 |
| 000010 | CORBIN RUSSWIN | 7100-000 | NA | 99,511.86 | 99,511.86 | 0.00 |
| 000008 | DOOR GROUP SERVICES CENTER | 7100-000 | NA | 7,548.80 | 7,548.80 | 0.00 |
| 000025 | EGGERS INDUSTRIES INC | 7100-000 | NA | 61,377.70 | 61,377.70 | 0.00 |
| 000028 | FASTENAL COMPANY | 7100-000 | NA | 1,405.65 | 1,405.65 | 0.00 |
| 000001 | FORD MOTOR CREDIT COMPANY LLC | 7100-000 | NA | 5,972.91 | 5,972.91 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | GRAHAM MFG | 7100-000 | NA | 218,358.06 | 218,358.06 | 0.00 |
| 000016 | HAGER COMPANIES | 7100-000 | NA | 10,433.17 | 10,433.17 | 0.00 |
| 000024 | HOSHANG R. KARANI | 7100-000 | NA | 12,936.00 | 12,936.00 | 0.00 |
| 000015A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 7100-000 | NA | 493.96 | 493.96 | 0.00 |
| 000015B | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 7100-000 | NA | 299.00 | 299.00 | 0.00 |
| 000020A | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 32,513.60 | 32,513.60 | 0.00 |
| 000021A | INTERNAL REVENUE SERVICE | 7100-000 | NA | 17,643.22 | 17,643.22 | 0.00 |
| 000034 | JOHN PEREZ | 7100-000 | NA | 5,289.00 | 5,289.00 | 0.00 |
| 000031 | KEY EQUIPMENT FINANCE INC | 7100-000 | NA | 5,756.64 | 5,756.64 | 0.00 |
| 000004 | KRUSINSKI CONSTRUCTION COMPANY | 7100-000 | NA | 70,135.00 | 70,135.00 | 0.00 |
| 000011 | MCKINNEY PRODUCTS CO. | 7100-000 | NA | 74,126.79 | 74,126.79 | 0.00 |
| 000036 | MELISSA PEREZ | 7100-000 | NA | 2,162.40 | 2,162.40 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000022 | PAMELA S. SCHROEDER | 7100-000 | NA | 966.00 | 966.00 | 0.00 |
| 000027 | ROCKWOOD MANFACTURING CO | 7100-000 | NA | 16,099.54 | 16,099.54 | 0.00 |
| 000033 | RYAN PFEIFFER | 7100-000 | NA | 5,071.95 | 5,071.95 | 0.00 |
| 000002 | RYDER TRUCK RENTAL INC | 7100-000 | NA | 9,425.45 | 9,425.45 | 0.00 |
| 000003 | RYDER TRUCK RENTAL INC | 7100-000 | NA | 2,578.31 | 2,578.31 | 0.00 |
| 000012 | SARGENT MANUFACTURING CO. | 7100-000 | NA | 309,730.03 | 309,730.03 | 0.00 |
| 000006 | UNDERWRITERS LABORATORIES INC. | 7100-000 | NA | 2,081.63 | 2,081.63 | 0.00 |
| 000005 | UNITED PARCEL SERVICE | 7100-000 | NA | 510.93 | 510.93 | 0.00 |
| 000019 | WIKK INDUSTRIES, INC. | 7100-000 | NA | 365.24 | 365.24 | 0.00 |
| 000009 | YALE SECURITY INC. | 7100-000 | NA | 259,456.47 | 259,456.47 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 2,914,386.72 | $ 2,261,051.86 | $ 2,261,051.86 | $ 0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:   1

Exhibit 8

| Case No: | 09-17518 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | COLEMAN FIRE PROOF DOOR CO. | | | Date Filed (f) or Converted (c): | 05/14/09 (f) |
| | | | | 341(a) Meeting Date: | 06/29/09 |
| For Period Ending:  12/07/15 | | | | Claims Bar Date: | 04/16/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. | Cash | 50.00 | 0.00 | | 0.00 | FA |
| 2. | Checking account at American Charter Bank a/c #xxx | 12,218.58 | 0.00 | | 4,000.00 | FA |
| 3. | Escrow Account at American Charter Bank a/c #xxxx4 | 1,005.33 | 0.00 | | 0.00 | FA |
| 4. | Payroll Account at American Charter Bank a/c # xxx | 140.22 | 0.00 | | 0.00 | FA |
| 5. | See Supplement Attached | 5,500.00 | 0.00 | | 0.00 | FA |
| 6. | See Attached Supplement | 0.00 | 0.00 | | 0.00 | FA |
| 7. | Accounts receivable | 2,255,517.05 | 0.00 | | 64,800.71 | FA |
| 8. | May have tax loss carry forward | 0.00 | Unknown | | 0.00 | Unknown |
| 9. | Claim against HBSSK Corporation. Owner of Ballard | 2,268.74 | 0.00 | | 0.00 | FA |
| 10. | Counter Claim in Case No. 08 CH 2591 Triumph Devel | 14,102.03 | 0.00 | | 0.00 | FA |
| 11. | Coleman Fire Proof Door may have value as colemand | 0.00 | Unknown | | 0.00 | Unknown |
| 12. | Debtor has a minority business enterprise certific | 0.00 | 0.00 | | 0.00 | FA |
| 13. | Customer list exists, but has no market value. | 0.00 | 0.00 | | 0.00 | FA |
| 14. | 2005 Ford 500 | 5,817.00 | 0.00 | | 0.00 | FA |
| 15. | 1999 Ford Econoline Van | 1,000.00 | 0.00 | | 0.00 | FA |
| 16. | See Supplement - computer | 40,308.21 | 0.00 | | 0.00 | FA |
| 17. | See Supplement - office | 88,771.23 | 0.00 | | 0.00 | FA |
| 18. | See Supplement - shop equipment | 8,811.82 | 0.00 | | 0.00 | FA |
| 19. | Inventory - Raw Material | 300,000.00 | 0.00 | | 0.00 | FA |
| 20. | Intransit from vendor to customer | 984,460.18 | 0.00 | | 0.00 | FA |
| 21. | UTILITY REFUND (u) | 0.00 | 6,000.00 | | 5,512.82 | FA |
| 22. | REFUND (u) | 0.00 | 5,000.00 | | 6,810.05 | FA |
| INT. | Post-Petition Interest Deposits (u) | Unknown | N/A | | 15.81 | FA |
| | | | | | | Gross Value of Remaining Assets |
| | TOTALS (Excluding Unknown Values) | $3,719,970.39 | $11,000.00 | | $81,139.39 | $0.00 |

Ver: 19.05

**UST Form 101-7-TDR (10/1/2010)** *(Page: 26)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   2

Exhibit 8

| Case No: | 09-17518 | ABG | Judge: A. BENJAMIN GOLDGAR | | | |
|---|---|---|---|---|---|---|
| Case Name: | COLEMAN FIRE PROOF DOOR CO. | | | | | |

Trustee Name:           JOSEPH E. COHEN
Date Filed (f) or Converted (c):   05/14/09 (f)
341(a) Meeting Date:   06/29/09
Claims Bar Date:   04/16/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE PREARING HIS TDR - 12/7/15. TFR HEARD ON 7/31/15. - 10/28/15.  TFR, NFR  AND RELATED DOCUMENTS ARE BEING
RESUBMITTED TO UST FOR APPROVAL - May 14, 2015.  TFR, NFR AND RELATED DOCUMENTS BEING SUBMITTED TO UST FOR APPROVAL -
Jan. 17, 2015.  TRUSTEE TO REVIEW BOOKS AND RECORDS.  TRUSTEE HAS COLLECTED SOME ACCOUNTS RECEIVABLE.  THESE MAY BE
SECURED BY LENDER.  TRUSTEE HAS COMMENCED A PREFERENCE ANALYSIS.  TRUSTEE TO START WORK ON HIS FINAL REPORT.  TRUSTEE IS
GOING TO FILE A MOTION TO PAY SECURED CREDITOR.  THE MOTION WAS FILED AND THE FUNDS DISBURSED TO THE SECURED CREDITOR.
THE TRUSTEE WILL FILE A TFR WITH THE COURT - January 14, 2014. TFR TO BE PREPARED - July 17, 2014.  NO CHANGE - Oct.
25, 2014.

Initial Projected Date of Final Report (TFR): 03/31/11          Current Projected Date of Final Report (TFR): 03/31/15

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-17518  -ABG |
| Case Name: | COLEMAN FIRE PROOF DOOR CO. |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1921  Checking Account |

| | |
|---|---|
| Taxpayer ID No: | *******8908 |
| For Period Ending: | 12/07/15 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 34,316.46 | | 34,316.46 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.15 | 34,295.31 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.85 | 34,273.46 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.13 | 34,252.33 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.82 | 34,230.51 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.88 | 34,179.63 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 35.98 | 34,143.65 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 45.90 | 34,097.75 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.71 | 34,047.04 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 48.98 | 33,998.06 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.55 | 33,947.51 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 48.84 | 33,898.67 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.40 | 33,848.27 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.32 | 33,797.95 |
| 09/27/13 | 7 | AMERICAN CHARTERED BANK | ACCOUNT RECEIVABLE | 1121-000 | 46,310.83 | | 80,108.78 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 57.51 | 80,051.27 |
| 12/05/13 | 300002 | AMERICAN CHARTERED BANK | Payment of secured claim | 4210-000 | | 69,778.05 | 10,273.22 |
| 12/05/13 | 300003 | JOSEPH E. COHEN | Trustee Fees Trustee Fees | 2100-000 | | 7,306.97 | 2,966.25 |
| 12/05/13 | 300004 | COOKE & LEWIS LTD. | Accountant  for Trustee fees Accountant for Trustee fees | 3410-000 | | 2,966.25 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 80,627.29 | 80,627.29 |

Ver: 19.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 28)*

Page:   2

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-17518 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | COLEMAN FIRE PROOF DOOR CO. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1921  Checking Account |
| Taxpayer ID No: | *******8908 | | |
| For Period Ending: | 12/07/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 80,627.29 | 80,627.29 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 34,316.46 | 0.00 | |
| | | | Subtotal | | 46,310.83 | 80,627.29 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 46,310.83 | 80,627.29 | |

Page Subtotals                    0.00                    0.00

Ver: 19.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 29)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-17518 -ABG |
| Case Name: | COLEMAN FIRE PROOF DOOR CO. |
| Taxpayer ID No: | *******8908 |
| For Period Ending: | 12/07/15 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1079  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/09/09 | 21 | Santana Energy Services | Utility Refund | 1290-000 | 5,512.82 | | 5,512.82 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 5,512.90 |
| 01/05/10 | 2 | Hoshang Karani | Proceeds from bank accounts | 1129-000 | 4,000.00 | | 9,512.90 |
| 01/05/10 | 7 | Pepper Construction | ACCOUNT RECEIVABLE | 1121-000 | 17,998.00 | | 27,510.90 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.57 | | 27,511.47 |
| 02/17/10 | 22 | Automatic Data Processing | Refund | 1290-000 | 5,788.95 | | 33,300.42 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.67 | | 33,301.09 |
| 03/26/10 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 6.55 | 33,294.54 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.85 | | 33,295.39 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.82 | | 33,296.21 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.85 | | 33,297.06 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.82 | | 33,297.88 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.84 | | 33,298.72 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.86 | | 33,299.58 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.82 | | 33,300.40 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.84 | | 33,301.24 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.83 | | 33,302.07 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.85 | | 33,302.92 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.85 | | 33,303.77 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.26 | | 33,304.03 |
| 03/29/11 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 16.30 | 33,287.73 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.28 | | 33,288.01 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.26 | | 33,288.27 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 33,288.56 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.27 | | 33,288.83 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.27 | | 33,289.10 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 33,289.39 |
| | | | Page Subtotals | | 33,312.24 | 22.85 | |

Ver: 19.05

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-17518 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | COLEMAN FIRE PROOF DOOR CO. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1079  BofA - Money Market Account |
| Taxpayer ID No: | *******8908 | | |
| For Period Ending: | 12/07/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/22/11 | 7 | SANTANA ENERGY SERVICES | | 1121-000 | 491.88 | | 33,781.27 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.27 | | 33,781.54 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.29 | | 33,781.83 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 43.04 | 33,738.79 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.28 | | 33,739.07 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 41.60 | 33,697.47 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.28 | | 33,697.75 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 41.54 | 33,656.21 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.29 | | 33,656.50 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 44.14 | 33,612.36 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.27 | | 33,612.63 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 39.95 | 33,572.68 |
| 03/11/12 | 000303 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 28.23 | 33,544.45 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.28 | | 33,544.73 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 41.26 | 33,503.47 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.28 | | 33,503.75 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 42.57 | 33,461.18 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.28 | | 33,461.46 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 42.51 | 33,418.95 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.26 | | 33,419.21 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 39.72 | 33,379.49 |
| 07/25/12 | 22 | FORD MOTOR CREDIT | CUSTOMER REFUND | 1229-000 | 1,021.10 | | 34,400.59 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.29 | | 34,400.88 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 43.86 | 34,357.02 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.27 | | 34,357.29 |
| 08/30/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 40.83 | 34,316.46 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |

Page Subtotals  1,516.32  489.25

Ver: 19.05

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   5

Exhibit 9

| Case No: | 09-17518  -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | COLEMAN FIRE PROOF DOOR CO. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1079  BofA - Money Market Account |
| Taxpayer ID No: | *******8908 | | |
| For Period Ending: | 12/07/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 34,316.46 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 34,828.56 | 34,828.56 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 34,316.46 | |
| Subtotal | 34,828.56 | 512.10 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 34,828.56 | 512.10 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******1921 | 46,310.83 | 80,627.29 | 0.00 |
| BofA - Money Market Account - ********1079 | 34,828.56 | 512.10 | 0.00 |
| | 81,139.39 | 81,139.39 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      34,316.46